RILEY SAFER HOLMES & CANCILA LLP
JOSHUA L. ROQUEMORE (CSB No. 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Ste 650
Irvine, CA  92618
Telephone:   (949) 359-5500
Facsimile:    (949) 359-5500

WICK PHILLIPS GOULD & MARTIN, LLP
RUSTY J. O'KANE (Pro Hac Vice Forthcoming)
rusty.okane@wickphillips.com
ALEXANDRA W. WAHL (Pro Hac Vice
Forthcoming)
Alex.Wahl@WickPhillips.com
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

Attorneys for Plaintiff
OAKSTONE LAW GROUP, PC

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKSTONE LAW GROUP, PC, | Case No. 2:23-cv-1463 |
| Plaintiff, | **COMPLAINT FOR** |
| v. | **1. DECLARATORY JUDGMENT** |
| MARICH BEIN, LLC, | **2. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS** |
| Defendant. | **3. NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS** |
| | **4. INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS** |
| | **DEMAND FOR JURY TRIAL** |

- 1 -

NOW COMES Plaintiff, OAKSTONE LAW GROUP, PC ("Oakstone" or "Plaintiff"), by and through its undersigned counsel, as and for its complaint, alleges as follows:

### NATURE OF THIS ACTION

As a law firm specializing in debt collection defense, Oakstone assumed the representation of a number of clients from another law firm, the Litigation Practice Group, PC ("LPG"). To that end, LPG terminated its relationship with these clients on or about February 2, 2023—and with it, terminated any authorizations to take automatic debits from these clients' bank accounts for the clients' monthly payments for legal services. At that time, LPG also terminated any other party's access to the CRM (customer relationship management) software LPG uses to maintain records of client payments, including the date and amount the client authorizes for payments in a given month.

Even so, and despite instructions to cease and desist, Marich Bein continues to debit Oakstone's client accounts daily, allegedly on behalf of LPG. Moreover, because Marich Bein no longer has access to client payment instructions and authorizations, it is using old NACHA files to process payments, which in turn causes many of Oakstone's clients to be double-billed and for incorrect amounts.

These duplicate withdrawals have not only caused doubt and confusion for Oakstone's clients but also necessitated Oakstone refunding the customers' monthly payments. More importantly, because Marich Bein is erroneously using payment information from prior months, numerous clients who do not have a payment due are being debited, and numerous other clients have a payment pull in a different amount than what those clients have authorized in the month of February. If this improper conduct continues, Oakstone will be unable to cover its operating expenses and will be forced to shutter its doors.

Oakstone first sought relief against Marich Bein's bank, BankUnited, in an attempt to prevent the improper debits—but the conduct continues. Now, Marich

Bein has filed a counter-suit against Oakstone, despite its knowledge the clients have hired Oakstone (and terminated their attorney-client relationship with LPG), and Oakstone provides current legal representation to these clients. As such, this action has become necessary, and the Court must immediately enjoin Marich Bein from taking automatic payments from these accounts. By this action, Oakstone seeks to stop these actions, enforce its rights, and seek redress for Marich Bein's continuing and irreparable injury to Oakstone.

## THE PARTIES

1.     Plaintiff Oakstone Law Group, PC is a company organized and existing under the laws of California and has its principal place of business located at 888 Prospect Street, Ste 200, La Jolla, CA 92037.

2.     Defendant Marich Bein, LLC ("Marich Bein" or "Defendant") is a limited liability company organized under the laws of the State of New York, with its principal place of business located at 99 Wall Street, #2669, New York, New York 10005. Marich Bein's sole member is Hershy Deutsch, who is a citizen of the State of New Jersey. Marich Bein may be served with process through its registered agent, The LLC, 99 Wall Street, #2669, New York, New York 10005, or wherever it may be found.

## JURISDICTION AND VENUE

3.     For purposes of 28 U.S.C. § 1332, Marich Bein is a citizen of the state of New Jersey and Oakstone is a citizen of California. The matter in controversy exceeds $75,000.00, exclusive of interest and costs. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

4.     Personal jurisdiction and venue in this Court are proper because: (1) A substantial part of the events or omissions giving rise to the claims stated herein occurred in this judicial district; (2) Marich Bein has directed its tortious conduct toward California resident Oakstone; (3) Marich Bein has directed its tortious conduct toward Oakstone's customers, including customers residing within the

judicial district; and (4) Marich Bein has filed an ancillary action, Case 8:23-cv-00339, *Marich Bein, LLC vs. The Litigation Practice Group, PC and Oakstone Law Group, PC*, in the United States District Court for the Central District of California.

## **FACTUAL BACKGROUND**

5.      The Litigation Practice Group, PC ("LPG") is a law firm that provides debt relief and debt resolution services to a large portfolio of over 50,000 clients. In return, these customers signed Legal Services Agreements authorizing LPG to collect monthly payments by withdrawing directly from their accounts. LPG processes between 700 and 2,000 payments per day.

6.      On or about January 11, 2023, PECC Corporation ("PECC") exercised its remedies against LPG under a promissory note on which LPG had defaulted. PECC held a perfected, secured interest in the receivables of LPG. PECC was among the largest creditors of LPG. As a debtor to PECC, LPG was unable to continue to bear the cost of servicing the customers and terminated the Legal Services Agreements it had with the customers. The payment authorizations the customers executed as part of the Legal Services Agreement were also terminated at that time.

7.      Upon the termination of its Legal Services Agreements, LPG referred approximately 15,000 customers (the "Customers") to Oakstone Law Group, PC ("Oakstone"), a customer protection law firm capable of servicing the Customers. Oakstone helps these Customers, who are dealing with high-interest debt or bills, with legal representation against their creditors and debt collectors.

8.      Oakstone agreed to take on the servicing of these clients and received the transfer of these files. The Customers signed legal service agreements with Oakstone and authorized Oakstone, as part of these agreements, to pull monthly payments directly from the Customers' accounts. Thus, Oakstone exclusively owns all authority to legally represent and process payments from the Customers, on behalf of itself and PECC. To accomplish this, Oakstone set up its own separate system of debiting the Purchased Accounts, with customer authorizations and agreements to

permit the debits. Moreover, Oakstone is actively communicating with clients to ensure the payment date and amount are actually authorized by the Customers.

9.     Shortly thereafter, LPG became aware Marich Bein, LLC ("Marich Bein") continued to process payments from Customers after LPG had terminated its representation of those Customers and after it had rescinded Marich Bein's access to the CRM containing accurate data regarding authorized client payments. Marich Bein continued pulling payments from Customers through its bank, BankUnited. This led to Customers being billed twice— once by Oakstone's processor and once by Marich Bein—and also led to Customers having payments pulled even though they had withdrawn their authorization for anyone, including Oakstone, to pull a payment. Marich Bein, unable to access client data through LPG's CRM or through any Oakstone platform (which Marich Bein has never accessed), was pulling payments from Customers in February using old NACHA files from November, December and January.

10.     As such, on February 6, 2023, LPG sent a written cease and desist to Marich Bein, demanding Marich Bein stop processing Customers' payments and withdraw any authorization or instruction to BankUnited to process automatic debits. LPG's letter clarified for Marich Bein that using old NACHA files will result in Customers having payments pulled in the wrong amount, on the wrong date, and on accounts where payment authorization had been withdrawn in a given month. A true and correct copy of the termination correspondence from LPG to Marich Bein is attached as **Exhibit "A-1."**

11.     Even though Marich Bein may have rights to process payments through LPG and for LPG clients, it no longer has any authority to debit Customers whose relationship with LPG had been terminated and who are now represented by Oakstone, an entity with no agreement of any kind with Marich Bein. Regardless, Marich Bein continues to charge Customers allegedly on behalf of "LPG":

Marich Bein's erroneous "LPG" charges cause customers (like the one above) to be charged once by "LPG" (but, really, Marich Bein) and again by Oakstone for their monthly legal services fee. These second debits are coming from Marich Bein:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16      12.     On or about February 10, 2023, Oakstone sent further correspondence

17   to BankUnited, reiterating any such authorizations for the Purchased Accounts were

18   revoked and/or terminated at the same time. A true and correct copy of this

19   correspondence is attached as **Exhibit "A-2"** (with a list of the Purchased Accounts

20   attached, which can be provided to the Court *in camera* due to confidential and

21   privileged client information).

22      13.     Even so, Marich Bein continues to complete these withdrawals from

23   Customers' bank accounts – which amounted to hundreds of thousands of dollars and

24   a number of customer complaints concerning improper debits. Specifically, these

25   automatic withdrawals continue to cause Customers to have overdrafts and fees,

26   prevent them from making other timely payments, affect their credit scores, and result

27   in Customers canceling their enrollment with Oakstone. For example, one customer

28   wrote:

From: Jeffrey ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Fri, Feb 10, 2023 at 12:37 PM
Subject: Double charged on monthly payment
To: Support@oakstonepc.com <Support@oakstonepc.com>

  My name is Jeffrey ▮▮▮▮ and I was recently charged twice for my February services with the Litigation Practice Group
Feb. 6th 383.12
Feb. 7th 383.12
I am enclosing copies of my bank statements for the days of occurrence.
I would kindly appreciate a refund of 383.12 for the overcharged.
Overdraft fees are now covered.
Thank you for your attention to this matter, I cannot afford to pay all my bills this month, because of this error.

Further examples of these complaints are attached as **Exhibit "A-3."**

14.    The double debits forced Oakstone to refund these Customers their monthly payment amounts. Further, in an effort to prevent Customers from leaving and to save their reputation and customer goodwill, Oakstone stopped collections from Customers because Marich Bein refused.

15.    On or about February 13, 2023, counsel for Marich Bein issued correspondence to Oakstone asserting Marich Bein's alleged superior right to the Purchased Accounts. A true and correct copy of this correspondence is attached as **Exhibit "B-1."** However, despite Oakstone's request, Marich Bein has failed to produce any evidence in support of its claim LPG "assigned, sold and conveyed certain accounts" to Marich Bein or evidencing LPG gave Marich Bein the exclusive and non-cancellable right to service the Purchased Accounts. A true and correct copy of this request is attached as **Exhibit "B-2."** In any event, LPG does not have actual or apparent authority to bind another entity, Oakstone. Any agreement between Marich Bein and LPG that LPG breached is an action by Marich Bein against Oakstone.

16.    If Oakstone is precluded from collecting its monthly charges from the Customers, Oakstone will be unable to cover its operating expenses and faces shuttering its doors as early as next week. This will result in more than 15,000 clients

going without representation in court, including in ongoing lawsuits across the country.

17.     Further, on February 16, 2023, Oakstone obtained a temporary restraining order against Marich Bein's bank, BankUnited, N.A. in Cause No. DC-23-02116, *Oakstone Law Group, PC v. BankUnited, N.A.* in the 192nd Judicial District Court of Dallas County, Texas, to try to stop the double-debiting – yet, Marich Bein has found other measures to continue charging Oakstone's customers, necessitating this California action.

18.     Marich Bein filed a countersuit against Oakstone on or about February 24, 2023, despite its knowledge that Oakstone currently legally represents these customers. Oakstone has not been served with this action, and intends to timely respond, but seeks emergency court intervention to stop the double-debiting of the Purchased Accounts, restore the *status quo*, and repair the relationships between Oakstone and its current clients.

## **COUNT I – DECLARATORY JUDGMENT**

19.     Plaintiff repeats and realleges all prior paragraphs.

20.     Plaintiff Oakstone seeks a declaratory judgment to resolve questions concerning the respective rights, obligations, and duties of Oakstone and Marich Bein with respect to the Purchased Accounts.

21.     An actual case or justiciable controversy exists between Oakstone and Marich Bein concerning Oakstone's superior and exclusive entitlement to charge the Purchased Accounts and to the parties' prospective rights and obligations.

22.     A judgment would serve a useful purpose in clarifying and/or settling these legal issues.

23.     Further, the issuance of declaratory relief by this Court will finalize some or all of the existing controversy between the parties and will offer relief from the parties' uncertainty concerning the Purchased Accounts and their prospective rights and obligations.

24.     By reason of the foregoing, Oakstone is entitled to a declaratory judgment establishing superior and exclusive ownership and entitlement to charge the Purchased Accounts.

25.     Therefore, Oakstone requests this Court issue declarations that:

    a.     Oakstone holds sole and exclusive entitlement to debit the Purchased Accounts;

    b.     Marich Bein has wrongfully debited the Purchased Accounts; and

    c.     Any authorization(s) granted to Marich Bein to debit the customer accounts was/were properly revoked.

26.     Unless the Court makes these declarations, Oakstone will suffer considerable and continuing economic and other harm.

27.     Oakstone requests this Court award Oakstone its reasonable and necessary attorneys' fees, plus interest and costs, incurred in pursuing these declarations and for such other and further relief as this Court deems just and proper.

## COUNT II – INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

28.     Plaintiff repeats and realleges all prior paragraphs.

29.     Oakstone has business relationships with its Customers and provides ongoing legal services.  In exchange for Oakstone's services, these Customer relationships provide Oakstone with an ongoing economic benefit, which was likely to continue uninterrupted absent Marich Bein's interference.

30.     Marich Bein knew of these relationships yet continue to intentionally interfere with them by debiting Oakstone's Customers without legal or contractual authorization to do so.

31.     Marich Bein used wrongful means, and its interference caused injury to Oakstone's relationships with some of the Customers. Customers have issued complaints and canceled their subscriptions for services.

32.     By engaging in this conduct, Marich Bein intended to disrupt the relationships between Oakstone and its Customers, and/or knew that disruption of performance was certain or substantially certain to occur.

33.     Accordingly, Oakstone has been economically and reputationally damaged in an amount to be determined at trial.  Marich Bein's conduct was the predominant factor causing Oakstone's harm.

## COUNT III – NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

34.     Plaintiff incorporates and realleges all prior paragraphs.

35.     Oakstone has business relationships with its Customers and provides ongoing legal services. In exchange for Oakstone's services, these Customer relationships provide Oakstone with an ongoing economic benefit, which was likely to continue uninterrupted absent Marich Bein's interference.

36.     Marich Bein knew or should have known of these relationships yet failed to act with reasonable care by improperly debiting Oakstone's Customers without legal or contractual authorization to do so.

37.     Marich Bein's interference caused injury to Oakstone's relationships with some of the Customers. Customers have issued complaints and canceled their subscriptions for services.

38.     By engaging in this conduct, Marich Bein knew or should have known it would disrupt the relationships between Oakstone and its Customers.

39.     Accordingly, Oakstone has been economically and reputationally damaged in an amount to be determined at trial.  Marich Bein's conduct was the predominant factor causing Oakstone's harm.

## COUNT IV – INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

40.     Plaintiff incorporates and realleges all prior paragraphs.

41.     Pleading in the alternative, to the extent necessary, Oakstone has contracts with the Customers to provide legal services.

42.     Marich Bein knew of these relationships yet continue to intentionally interfere with them by improperly debiting Oakstone's Customers without legal or contractual authorization.

43.     Marich Bein intentionally procured the Customers' breach of the contracts without justification, forcing the Customers to request refunds of their monthly payments. Customers demanded refunds of their monthly payments, breaching their contracts.

44.     By engaging in this conduct, Marich Bein intended to disrupt the performance of Oakstone's Customer contracts, and/or knew that disruption of performance was certain or substantially certain to occur.

45.     Accordingly, Oakstone has been economically and reputationally damaged in an amount to be determined at trial.  Marich Bein's conduct was the predominant factor causing Oakstone's harm.

## **GROUNDS FOR INJUNCTIVE RELIEF**

46.     Plaintiff incorporates and realleges all prior paragraphs.

47.     Oakstone seeks a temporary restraining order pending this Court's ruling on a preliminary injury because Marich Bein is debiting the Purchased Accounts daily, with the intent to preclude Oakstone from rightfully collecting from the Customers.

48.     Unless restrained by this Court, Marich Bein will continue their improper and unlawful actions of withdrawing from the Purchased Accounts, interfering with Oakstone's relationships with Customers, and Oakstone will continue to be immediately and irreparably harmed as a result.

49.     Injunctive relief is fully warranted due to the continued harm and damages flowing from Marich Bein's actions—damages that are difficult to

calculate, and attempting to calculate those damages would lead to a multiplicity of actions.

50.     Customers make monthly payments to Oakstone, which usually amount to several hundred dollars per month. These customers cannot afford to have Marich Bein double charge them. Many customers have complained to Oakstone these automatic withdrawals have caused their accounts to overdraft, have prevented them from making other payments, and have affected their credit scores. *See* **Exhibit A-3**. Customers are canceling their subscriptions with Oakstone as a result. Overcharges are causing customers' bank accounts to be closed—which, as a result, has caused Oakstone's bank accounts to be closed due to the number of rebounding debits.

51.     The threatened harm to Oakstone outweighs the threatened harm to Defendant. If a TRO (and later, preliminary injunction) is not issued, Oakstone will lose more customers and faces a substantial threat to its reputation and the goodwill it has built with those clients. If Oakstone is further precluded from collecting its monthly charges from the Customers, Oakstone will be unable to cover its operating expenses and faces shuttering its doors as early as next week.

52.     As a direct and proximate cause of Marich Bein's unlawful conduct as described above, Oakstone has suffered damages that cannot be reasonably ascertained at present. Oakstone has also suffered incalculable reputational damages for which Oakstone has no adequate remedy at law. Oakstone is, therefore, entitled to an injunction enjoining Marich Bein from further unlawful acts.

53.     The public interest also weighs in favor of granting a TRO and preliminary injunction because that interest includes the need for protection and security from customers from being double-billed by unauthorized third parties. Customers authorized Oakstone to make these payments rely on Oakstone's reputation to appropriately and adequately make those withdrawals without issue. Due to Marich Bein's conduct, Oakstone may be abruptly unable to provide legal services to these 15,000 Customers altogether. This would result in more than 15,000

clients going without representation in court, including in ongoing lawsuits across the country.

54.    Oakstone has demonstrated through this pleading, and the evidence attached hereto it will likely succeed on the merits of the case and it will suffer immediate and irreparable injury if Marich Bein, and those acting in active concert or participation with it, are not immediately enjoined from their wrongful acts.

55.    By virtue of the foregoing, Oakstone has also demonstrated it has no adequate remedy at law, and a balancing of the equities favors the issuance of an injunction against Marich Bein.

56.    Therefore, Oakstone is entitled to a temporary restraining order followed by preliminary and permanent injunctive relief. Oakstone requests the Court issue a temporary restraining order and preliminary injunction, thereafter to be made permanent, against Marich Bein, its agents, affiliates, subsidiaries, parent companies, successors, assigns, servants, employees, and attorneys, and those persons in active concert or participation with it, as follows:

(a) Accepting, directing, or initiating automatic payments, transfers, or debits from any of the Purchased Accounts without Oakstone's express written authorization; and

(b) Taking any action to prevent Oakstone from accepting, directing, or initiating automatic payments, transfers, or debits from any of the Purchased Accounts.

**CONDITIONS PRECEDENT**

57.    Prior to the filing of this action, Oakstone satisfied all applicable conditions precedent for bringing this suit.

**PRAYER FOR RELIEF**

**WHEREFORE**, Oakstone respectfully requests that judgment be entered in its favor and against Marich Bein and that Oakstone be granted the following relief:

A.    Enter declarations against Defendant as requested herein;

- 14 -

B.     Finding Defendant tortiously interfered with Oakstone's contract(s);

C.     A temporary restraining order and preliminary injunction, thereafter to be made permanent, against Marich Bein, its agents, affiliates, subsidiaries, parent companies, successors, assigns, servants, employees, and attorneys, and those persons in active concert or participation with it, as follows:

a.   Accepting, directing, or initiating automatic payments, transfers, or debits from any of the Purchased Accounts without Oakstone's express written authorization; and

b.   Taking any action to prevent Oakstone from accepting, directing, or initiating automatic payments, transfers, or debits from any of the Purchased Accounts.

D.     Enter judgment against Defendant for actual damages, pre- and post-judgment interest, and attorneys' fees and costs; and

C.     Such other and further relief as requested herein and/or to which Oakstone may otherwise be entitled.

## **JURY DEMAND**

Oakstone hereby demands a trial by jury on all claims so triable pursuant to Fed. R. Civ. P. 38.

| | |
|---|---|
| 1 | Dated: February 27, 2023 |

Respectfully submitted,

RILEY SAFER HOLMES & CANCILA LLP

By: /s/ Joshua L. Roquemore
Joshua L. Roquemore

WICK PHILLIPS GOULD & MARTIN LLP

Rusty J. O'Kane *(pro hac vice forthcoming)*
Alexandra W. Wahl *(pro hac vice forthcoming)*

Attorneys for Plaintiff
OAKSTONE LAW GROUP, PC

- 16 -

# Exhibit "A-1"

## Fw: URGENT   LPG LAW SERVICING RIGHTS | ATTN: Kevin Kurka, Daniel S March.

Legal <legal@lpglaw.com>
Mon 2/6/2023 8:20 AM

To: hd@marichbein.com   hd@marichbein.com   ;israel@marichbein.com
<israel@marichbein.com>;max@marichbein.com <max@marichbein.com>

To Whom it May Concern -

You are hereby instructed to cease and desist any payment processing of any client of The Litigation Practice Group PC. After discussion with Daniel S. March, I have confirmed that he did not execute an Assignment of Servicing Rights Agreement with Marich Bein LLC or any other entity. Please produce the same if you believe Mr. March executed the same. Please note that any forged document has no legal force or effect, and your participation in any such forgery is actionable. LPG intends to enforce its rights to the full extent of the law.

Further, even to the extent that you mistakenly believe you possess a servicing right, such right would not permit you to withdraw money from a client on a day or in any amount *not* approved by that client. If your information is not pulled from LPG's customer relationship management program the day prior to a payment, then the information is not accurate and the payment you attempt to pull is not authorized. At present, LPG processes between 500 and 700 payment adjustments per day. There is no reasonable basis for believing that data from a prior month is accurate for payment processing in the current month. If your alleged servicing agreement contains a provision that allows you to pull payments based on historic data outside of our CRM then such provision would in any event by void as a matter of law as LPG does not have the right to grant you authority to pull a payment from a client that the client does not authorize. To be clear, a change in payment date or payment amount modifies LPG's authority to pull a payment; if your information is not up to date it is not authorized and may constitute conversion.

We are willing to discuss an amicable resolution to this dispute, which would include assurances that you would receive any payment to which you are entitled. But if you unlawfully process a payment of an LPG client then LPG will withhold any payment pending a full assessment of the damage caused by such criminal conduct, including reputational damage, and application of an offset to any amount you are allegedly owed. In addition, LPG will notify Bank United of your unlawful conduct and will file suit and seek injunctive relief against both you and Bank United. If you confirm in writing that you will not process any client payments pending discussion of a resolution, then we will not contact Bank United and will work in good faith to resolve this dispute. If you do not so confirm, LPG will contact Bank United and seek court intervention to stop your criminal conduct. Please respond forthwith.

In addition, any prior agreement with Tony Diab does not bind LPG. Any prior association between LPG and Mr. Diab has ceased and in any event Mr. Diab was never authorized to act on behalf of LPG. Any

participation that you had with Mr. Diab may constitute aiding and abetting the unauthorized practice of law, and may be actionable on both civil and criminal grounds; you should seek the advice of an attorney regarding the same.

You have been placed on notice. Govern your conduct accordingly.

Regards,

**The Litigation Practice Group PC**
**P.O. Box 513018**
**Los Angeles, CA 90051**
p: 949.715.0644
f: 949.315.4332
www.lpglaw.com

NOTICE: This email message (including any attachments) may contain material that is confidential and/or legally privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose any part of this message. If you have received this message in error, please notify us and delete all copies of it. Thank you.

# Exhibit "A-2"



**Rusty J. O'Kane**
**(214) 740–4039 Direct Dial**
rusty_okane@wickphillips.com
www.wickphillips.com

February 10, 2023

<u>**VIA CMRRR 9314 8699 0430 0104 3217 91**</u>   <u>**VIA CMRRR 9314 8699 0430 0104 3219 51**</u>

Rajinder P. Singh                          Kevin Malcolm
Chairman, President, and                   General Counsel
Chief Executive Officer                    BankUnited, Inc.
BankUnited, Inc.                           14817 Oak Lane
14817 Oak Lane                             Miami Lakes, Florida 33016
Miami Lakes, Florida 33016                 (305) 569-2000
(305) 569-2000

**Re:     Cease and Desist and Revocation of Authority for Debits on Behalf of**
**Oakstone Law Group, PC and its affiliates (together, "<u>Oakstone</u>")**

Dear Messrs. Singh and Malcolm:

We represent Oakstone in connection with its recent retention of certain accounts from Litigation Practice Group ("LPG"). LPG transferred its practice to Oakstone, which has taken over servicing clients to assist in reducing and eliminating their debt. To that end, LPG terminated BankUnited's relationship with these accounts on or around February 2, 2023. Upon termination, LPG withdrew any authorization to process automatic debits from any customer account, and such termination extended to Oakstone. Likewise, all Legal Services Agreements and Electronic Payment Authorizations between BankUnited and LPG were terminated and revoked. Oakstone, for its part, has never authorized BankUnited to debit any account on its behalf. In the event such terminations were not previously clear, we are reiterating that any such authorizations between clients of LPG/Oakstone and BankUnited are revoked and/or terminated. Despite this revocation, we have learned that BankUnited continues debiting client accounts without authorization.

Please take all immediate and necessary steps to cease taking automatic payments from any account associated with LPG or Oakstone. Attached is a spreadsheet identifying many of the accounts in question, although BankUnited should do an independent audit to ensure its compliance. This revocation applies to any and all future debits. These accounts total $5.2 million per month—damages we fully intend to pursue if unauthorized debits continue to occur.

Should you refuse or fail to honor these revocations, we have been authorized to take all available legal action, including filing a lawsuit seeking injunctive relief to stop BankUnited's intentional disruption of Oakstone's business and interference with its customer relationships. This letter should not be construed as a waiver of any duties, covenants, or obligations owing or owed by any party, and nothing herein shall release or discharge you from any liability.

If you have any questions or concerns, please feel free to contact me.

February 10, 2023
Page 2

Sincerely,

Rusty O'Kane

cc:    hd@marichbein.com
        israel@marichbein.com
        max@marichbein.com

# Exhibit "A-2" attachment

*(to be submitted in camera)*

# Exhibit "A-3"

From: <support@oakstonepc.com>
Date: Tue, Feb 7, 2023 at 1:32 PM
Subject: Fwd: LPG charge unauthorized
To: <admin@guardianprocessing.com>
Cc: <operations@guardianprocessing.com>, <eng@guardianprocessing.com>, <wes@guardianprocessing.com>

9810 - Melissa ███████████

Client was double charged and requires urgent refund for erroneous payment.
Please have an agent reach out to the client for reassurance.

https://oakstonepc.freshdesk.com/helpdesk/tickets/9810

> On Tue, 7 Feb at 4:32 PM , Melissa ████████████████████████ wrote:
> Here is the charge from  LPG on Feb. 6th.

Attachments:

- Screenshot_20230207_162846_Mascoma Bank.jpg

**From:** ███████████████████

**Date:** Tue, Feb 7, 2023 at 12:04 PM

**Subject:** Reversal of Payment for Sharonda ████

**To:** <support@oakstonepc.com>

Hello,

I was told by you all that my payments to the Litigation Practice Group were actually finished on 1/5/2023. LPG actually withdrew another $411 out of my account yesterday, and now I am overdrawn on my account and have accrued several overdraft fees due to my lack of knowledge that the payment was taken out anyway. I was told to screen shot the payment to you all to get some help getting this payment reversed. Bank United also was not able to reverse anything for me and I was directed back to the LPG group by my banking institution. Can someone please help me?

Thank you,
Sharonda
████████

Sent from my T-Mobile 4G LTE Device

1

Mart Super Center - 4198 WAL-...                    ($138.09)

---

**FEB 6 2023**

Withdrawal Check Pay Fee                    **($33.00)**    ⋮
                                            ($68.65)

---

**FEB 6 2023**

Withdrawal ACH LPG ███████              **($411.09)**    ⋮
████ *DIRECT PAY                            ($35.65)

---

Details

_____

**Statement Description:**

Withdrawal ACH LPG ██████████*DIRECT PAY

**Date:**

2/6/2023

**Type:**

Debit

---

**FEB 6 2023**

Withdrawal Check Pay Fee LPG ████       **($33.00)**    ⋮
██████ *DIRECT PAY                          $375.44

---

**FEB 6 2023**

████████████████████        ██████      ⋮
                                            ██████

---

**FEB 5 2023**

████████████████████        ██████      ⋮
████ ████                                   ██████

---

**FEB 5 2023**

█████████████████████       ██████      ⋮
███████████████████                         ██████

 Gmail

GP Admin <admin@guardianprocessing.com>

---

## Fwd: Antonia Martinez-Refund

1 me age

---

**support@oakstonepc.com** <support@oakstonepc.com>
Reply-To: support@oakstonepc.com
To admin@guardianproce ing com
Cc: operations@guardianprocessing.com, eng@guardianprocessing.com, wes@guardianprocessing.com

Tue, Feb 7, 2023 at 3:02 PM

9854 - Toni ███████

Client was double charged and requires urgent refund for erroneous payment.
Please have an agent reach out to the client for reassurance.

https://oakstonepc.freshdesk.com/helpdesk/tickets/9854



On Tue, 7 Feb at 6 02 PM , Toni ████████████████ wrote
🖼 image png
🖼 image png

**Toni** ████████████
2720 Albon Rd.
Maumee, OH 43537
***Account Receivable***
**Direct:** (419) 724-5031
**Fax:** 419-865-0368

Elizabeth Scott

Attachments:

- recording of Calls.xlsx
- Xerox Scan_01312023055527 (2).pdf

**From: Toni** ████████████████████
**Date: Tue, Feb 7, 2023 at 3:02 PM**
**Subject:** Antonia ████████ -Refund
**To:** support@oakstonepc.com <support@oakstonepc.com>



‹   Transaction Details

# -$30.00
### OD PRIVILEGE FEE
Activity Occurred on 2/6/2023

Secondary Description                    AVAIL BALANCE WAS $21.01 BEFORE ACH/LPG
████████████

Posted On                                                        2/6/2023

Resulting Balance                                              -$252.90

**Toni** ████████████

%7<75%Fㅁgts%Wi%
%R fzr jj%ﬄM%98:8<%
Fhhtzsy%Wjhjn{fgqj%
%Imwjhy%96>.%792:586%
%Kf}?%96>2=;:258;=%
████████████████ %



%

From: Aaron █████████████████████
Date: Mon, Feb 6, 2023 at 8:15 AM
Subject: Fwd: Oakstone Law Group PC
To: <support@oakstonepc.com>

Hello payment,

There's mistake to this month payment.
I was charged  on Friday 2/3/23 & Monday 2/6/23. Please advise

Processing

ACH HOLD Monthly Legal S
Monthly Le ON 02/06

Processing

Feb 3, 2023

LPG ████████████

DES:DIRECT PAY

ID: ████████████████

INDN: ██████████████

ID: ███████████

Sent from my iPhone

On Feb 2, 2023, at 3:07 PM, Oakstone Law Group PC <support@oakstonepc.com>
wrote:

2



Hi Aaron  !

Welcome to Oakstone Law Group! Thank you for entrusting us to work with you to achieve your goal of financial freedom.

As part of the transition, please authenticate your payment method using the link here:

Link

Please be advised that you won't be charged until your normal scheduled payment as part of the original legal services agreement.

Please contact us at +1858-330-3009 if you have any questions or email us at support@oakstonepc.com

Thank You!

Support Team,

Oakstone Law Group

From: Teresa ████████████████████
Date: Wed, Feb 8, 2023 at 9:32 AM
Subject: Overdraft fee and double charge
To: support@oakstonepc.com <support@oakstonepc.com>

Get Outlook for iOS

🔍 keyword, amount, or mm/dd/y... 📅

## Feb 7

MONTHLY LEGAL SERV WWW.OAKSTONEPCA     -$355.73

 

## Feb 6

ACH Transaction -  

ACH Transaction -  

## Feb 3

ACH Transaction - LPG
████████████ DIRECT     -$355.73
PAY

## Feb 2

Q keyword, amount, or mm/dd/y...

## Feb 7

Overdraft Protection Fee — **-$20.00**

 

POS Debit - ▮▮▮ -
MONTHLY
LEGAL SERV **-$355.73**
WWW.OAKSTONEPCA



## Feb 6

ACH Transaction - ▮▮▮▮

▮▮▮tion -

**From: Linda** ███████████████████████████
**Date:** Fri, Feb 3, 2023 at 2:46 PM
**Subject:** Re: Oakstone Law Group PC
**To:** Oakstone Law Group PC <oakstonelawgrouppc+a3ubsh7@guardianprocessing.freshworksmail.com>,
support@oakstonepc.com <support@oakstonepc.com>

Re: Linda ███████████████

Good evening.  I'm glad I received a phone call letting me know your company took over my account.

I hope LPG transfers the Feb 2023 payment to you because I don't have any available funds to make a double payment.

I also hope you actually have someone that replies to emails and texts.  Someone that does things.  I've seen nothing but my score go from the mid 500's down into the 400's.  So bad I had to have my friend purchase a car in her name and me drive and insure/ make payments. No discussion,  guidance, nothing.  In this mess because of my husband. He can't have anything in his name but sure had no trouble running my name up.

Not that I didn't try to contact LPG, never a reply.  Or the generic contact us at....

Thanks for listening.

Linda ██████

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Oakstone Law Group PC <support@oakstonepc.com>
**Sent:** Friday, February 3, 2023 2:37:29 PM
**To:** Linda ████████████████████████
**Subject:** Oakstone Law Group PC

1



Hi Linda  !

Welcome to Oakstone Law Group! Thank you for entrusting us to work with you to achieve your goal of financial freedom.

As part of the transition, please authenticate your payment method using the link here:

Link

Please be advised that you won't be charged until your normal scheduled payment as part of the original legal services agreement.

Please contact us at +1858-330-3009 if you have any questions or email us at support@oakstonepc.com

Thank You!

Support Team,

Oakstone Law Group

From: **Jeffrey** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▬
Date: Fri, Feb 10, 2023 at 12:37 PM
Subject: Double charged on monthly payment
To: Support@oakstonepc.com <Support@oakstonepc.com>


My name is Jeffrey ▮▮▮▮ and I was recently charged twice for my February services with the Litigation Practice
Group
Feb. 6th 383.12
Feb. 7th 383.12
I am enclosing copies of my bank statements for the days of occurrence.
I would kindly appreciate a refund of 383.12 for the overcharged.
Overdraft fees are now covered.
Thank you for your attention to this matter,  I cannot afford to pay all my bills this month,  because of this error.

1



## 12:22

### ← Account History

External Withdrawal LPG
█████████████ - DIRECT PAY
FEB 06, 2023



FEB 05, 2023



FEB 05, 2023



**12:22**

← **Account History**

## Overdraft Protection Deposit
FEB 07, 2023

## External Withdrawal LPG
█████████████ - Legal Serv LPG
████████████

FEB 07, 2023



████████████████████
████████████████████
██████████████

Point Of Sale Withdrawal TOWER

Sent from Yahoo Mail on Android

From: Kathy ███████████████████
Date: Wed, Feb 8, 2023 at 10:17 AM
Subject: Re: double payment taken
To: Oakstone Law Group PC <support@oakstonepc.com>



## Account History

ACH Withdrawal /
LPG

DIRECT PAY

-$353.39



### Account History

**FREE CHECKING** ███

Available $318.02

Current $318.02

SHOW DETAILS

Pending

*ACH Withdrawal /*
*Monthly Legal*
*Se* ███
*Monthly Le WEB*
███

*PENDING*

Posted

-$353.39

sorry i only know how to do it this way. your looking at the $353 amount. Thanks for you immediate attention on this matter.

Have a smiley day!
Kathy E ███████

Ts%\ ji⅃Kjg%⅃7578%fy%65%>%FR ⅃Tfpxytsj%Qf|%Lwtzu%UH%
Axzuutw%E tfpxytsjuh㇗htr C%|wtyj%

Hi Kathy ███████

We are more than happy to provide further assistance on this matter, please email a reflection of the charges to support@oakstonepc.com. Please get in touch with us if you have any questions or concerns. Our phone number is (858) 330-3009 and our hours of operations are Monday to Friday, from 6 am - 6 pm PST.

On Wed, 8 Feb at 2:10 AM , Kathy ████████████████████ wrote:
hi, it appears you guys are trying to take another payment out of my banking account. fix this asap please so I don't get a NSF charge or I'll expect you to cover any and all that may occur.

Have a smiley day!
Kathy E ███████

4

From: <support@oakstonepc.com>
Date: Fri, Feb 10, 2023 at 1:31 PM
Subject: Fwd: Double payment
To: <admin@guardianprocessing.com>
Cc: <operations@guardianprocessing.com>, <eng@guardianprocessing.com>, <wes@guardianprocessing.com>

10393 - Roger ▮ ()

Client was double charged and requires urgent refund for erroneous payment.
Please have an agent reach out to the client for reassurance.

https://oakstonepc.freshdesk.com/helpdesk/tickets/10393

On Fri, 10 Feb at 4:31 PM , Roger ▮▮▮▮ wrote:
Need one of the payments to go back in my acct put me in negative  and I also paid the draft fees

Attachments:

• 20230210_095603.jpg

1

From: support@oakstonepc.com
Date: Friday, February 10 2023 at 1:24 PM PST
Subject: Fwd: Nicole ▮▮▮▮ refund request
To: admin@guardianprocessing.com
Cc: operations@guardianprocessing.com, eng@guardianprocessing.com, wes@guardianprocessing.com

10391 - Nicole ▮▮▮▮▮▮ ()

Client was double charged and requires urgent refund for erroneous payment.
Please have an agent reach out to the client for reassurance.

https://oakstonepc.freshdesk.com/helpdesk/tickets/10391

        On Fri, 10 Feb at 4:24 PM , Nicole ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ wrote:

Attachments:

    •  Screenshot_20230210_143539_Carolina Foothills.jpg

1

From: **Sherri** ████ ████████████████

Date: Tue, Feb 7, 2023, 5:25 PM

Subject: Possible refund

To: <support@oakstonelawpc.com>

I hope this works.  My internet is not working so I couldn't take a picture that way.

I am on disability and taking that money out every month was killing me.

Sherri



Attachments:

- 20230207_171717.jpg

Please take a look at ticket #10115 raised by W. F. K. H. █████████████

On Thu, 9 Feb at 11:26 AM , W. F. K. H. ████████████████ wrote:
PLEASE REFUND TRANSACTION ERROR. MY ACCOUNT IS OVERDRAFT

Attachments:

- Screenshot 20230209 111458 Wells Fargo.jpg

Please take a look at ticket #10118 raised by Charles ███████ ███████████████████

On Thu, 9 Feb at 11:58 AM , Charles ███████ ███████████████████ wrote:
I understand my account was sold to Oakstone Law Group. You took an unauthorized payment of $819.25 from my account on 2-7-23. My payment needs to be refunded to my account. Payment to Oakstone should be $694.25.
Please refund my payment promptly, so Oakstone can receive their payment.

Charles ████

Attachments:

- LPG payment 2-7-23.pdf

1

Please take a look at ticket #10363 raised by LINDA ████████████████████



On Fri, 10 Feb at 2:43 PM , LINDA ████ ██████████████████ wrote:

Begin forwarded message:

> **From:** LINDA ████ ██████████████
> **Date:** February 9, 2023 at 10:21:20 AM EST
> **To:** support@lpglaw.com
> **Subject: Monthly payment**

As you can see from my email, I took a screenshot of my checking account that you guys took my monthly payment twice this month and I need that money put back into my account, I still have to pay my car note. By taking my monthly payment twice you have made my account negative. Please take care of this matter today so I can pay my car note! I have tried sending multiple emails and calls that after 10 minutes on hold the call drops. I need this taken care of today!!!

1

## LPG Charges -  02/21/2023

**Client:** ▮▮▮▮▮▮▮▮▮▮



▮▮▮▮▮▮▮ **Payment Issue**

▮▮▮▮▮▮ reported via email

*10 hours ago (Tue, 21 Feb 2023 at 9:52 AM)*

To: "support@oakstonepc.com" <support@oakstonepc.com>

Hello,

Please see attached photo of the over payment taken out of my account this morning, Tuesday 2/21/23. The charge is pending as it was withdrawn from my account today.

Please refund this amount of $355.91 into my account as soon as possible.

Thank you,

▮▮▮▮▮▮▮▮

📄 20230221_074617.jpg
552.8 KB



**Client:** ▮▮▮▮▮▮▮▮▮▮▮



**Payment taken out by LPG**

▮▮▮▮▮▮▮▮ reported via email
8 hours ago (Tue, 21 Feb 2023 at 11:55 AM)

To: "Oakstonepc Support" <support@oakstonepc.com>

Hello,

Please see attached

▮▮▮▮▮▮▮▮▮▮

Sent from Yahoo Mail for iPhone

📄 **HB.pdf**
89.26 KB



2/21/23    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Pending      LPG 949-229-6262 DIRECT PAY              -$252.78

**Client:** ▮▮▮▮▮▮▮▮



▮▮▮▮▮▮ Feb payment to LPG made

▮▮▮▮▮▮ reported via email
a day ago (Mon, 20 Feb 2023 at 7:23 PM)

To: "Oakstone Law Group PC" <support@oakstonepc.com>

▮▮▮▮▮▮▮▮▮▮

02/08/2023   ACH Withdrawal / LPG 949-229-6262 ▮▮▮▮ DIRECT PAY   -$254.91   $1,324.95

**Client:** ▮▮▮▮▮▮





**Client:** █████████





**Client:** ▮▮▮▮▮▮▮▮▮▮





**Client:** ▮▮▮▮▮▮▮▮





**Client:** ▮▮▮▮▮▮▮▮



**Refund for payment made to LPG Litigation Services**

D   ▮▮▮▮▮▮ reported via email
4 days ago (Sat, 18 Feb 2023 at 3:07 AM)

To: "support@oakstonepc.com" <support@oakstonepc.com>

good morning. I spoke with your representative today, regarding reoccurring payments made to the previous firm LPG Litigation Services. I was told to send a screenshot of the last payment, $252.31 on 2/15/23, which would be refunded to me.

Enclosed are the screenshots of the last reoccurring payment. All future payments have been stopped as of today.

Please advise what information you need from me in order to refund the $252.31.





**<u>Client:</u>** ███████████████.





**Client:** ▮▮▮▮▮



✉ **regarding payment taken illegally**

T   ▮▮▮▮▮ reported via email
2 hours ago (Tue, 21 Feb 2023 at 3:52 PM)

✉ To: "support@oakstonepc.com" <support@oakstonepc.com>



**Client:** ██████████



✉ **Disputar LPG**

M   ██████████ reported via email
*4 hours ago (Tue, 21 Feb 2023 at 1:43 PM)*

✉   To: "support@oakstonepc.com" <support@oakstonepc.com>





**Client:** ▮▮▮▮▮▮





**Client:** 



**Client:** ████████████



**UNAUTHORIZED Charge from LPG**

████████████ eported via email
4 hours ago (Tue, 21 Feb 2023 at 1:49 PM)

To: support@oakstonepc.com

Hi ,

Below is the attachment for unauthorized charges from LPG.

Thankyou

████████████

LPG.pdf
2.95 MB



**Client:** ███████████████





**Client:**





**Client:** ▮▮▮▮▮▮▮



**Client:** ▮▮▮▮▮▮▮.



**Client:** ████████████

Processing

ACH HOLD LPG DIRECT PAY
ON 02/21

**-$261.47**
-$254.66

**Client:** ████████████



**Client:** ▮▮▮▮▮▮▮▮▮



**Client:** ███████████



**Client:** ███████████.

| Transaction history | | | | | |
| Posting date | Amount | Type | Description | Orig date | Balance |
| --- | --- | --- | --- | --- | --- |
| ⊞ 2/21/2023 | 276.94 | Debit | LPG 949-229-6262 DIRECT PAY | 2/21/2023 | -135.31 |
| Tran code : MD | | | | | |
| Check number : | | | CSP reference ID : 000000000001 | | |
| Description two : | | | Description three : | | |
| Memo post flag : 1 | | | SP Reference ID : 202302219999998 | | |

**<u>Client:</u>** ███████████.



**Client:** 



# Exhibit "B-1"



Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Shalom Jacob
Direct Telephone: 212-415-8618
sjacob@lockelord.com

February 13, 2023

By Email and FedEx:

Rusty J. O'Kane, Esq.
Wick Phillips
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204

Re:     Oakstone Law Group, PC and Affiliates ("Oakstone")

Dear Mr. O'Kane:

We represent Marich Bein LLC ("Marich Bein") and write concerning your February 10, 2023 letter to BankUnited, Inc.

To the extent that the allegations in your letter are directed against Marich Bein, they are incorrect and/or irrelevant.

Be advised that Litigation Practice Group ("LPG") assigned, sold and conveyed certain accounts to Marich Bein (the "Assigned Accounts"). The Assigned Accounts are the exclusive property of Marich Bein. A review of the account list attached to your letter is ongoing. However, at this point it is clear that many of the accounts therein are Assigned Accounts that are the exclusive property of Marich Bein.

Be further advised that LPG assigned to Marich Bein the exclusive right to service not just the Assigned Accounts but all LPG accounts. The assignment prohibited LPG from transferring its accounts and included the exclusive right to debit LPG's customers' bank accounts. Oakstone must immediately cease and desist from debiting the Assigned Accounts and all other LPG accounts and turn over to Marich Bein for further handling all funds that Oakstone may have been obtained in connection with such accounts. Further, should Oakstone have caused or hereafter cause any customer's bank account to be double debited, Oakstone will be responsible for any damages that any customer may suffer.

Marich Bein demands that Oakstone immediately retract your letter to BankUnited, Inc. and that you make appropriate inquiry of Oakstone. If Oakstone disagrees with any of the foregoing, provide us with documentation to support its position.

Rusty J. O'Kane
February 10, 2023
Page 2

To the extent your actions interfere with the lawful actions of Marich Bein, it reserves all rights, at law or in equity, to pursue appropriate redress.  Govern yourself accordingly.

Very truly yours,

Shalom Jacob

# Exhibit "B-2"

## Alexandra Wahl

| | |
|---|---|
| **From:** | Rusty O'Kane |
| **Sent:** | Wednesday, February 15, 2023 1:10 PM |
| **To:** | Katz, Alan; Frechette, Donald; Jacob, Shalom |
| **Cc:** | Alexandra Wahl |
| **Subject:** | RE: [External] Oakstone Law Group and Affiliates |

Gentlemen,

Thank you again for the call this morning. As a follow up to our conversation, we again request (for the third time) that Marich Bein provide any proof it purchased and/or acquired a non-terminable, exclusive right to withdraw payments from the list of client accounts (attached to my letter) prior to January 11, 2023. Due to Marich Bein's continued debits of these accounts, Oakstone is unable to collect over $600,000 in fees today for legal services it rendered from those clients and continues to receive notifications of clients cancelling their subscriptions due to the double-billing. If this continues, Oakstone will be forced to fire its employees and close its doors next week. As such, this needs to be resolved today or we will be forced to pursue court intervention.

Please let me know if you have any questions or need further documentation from us.

Thank you,
Rusty


**Rusty O'Kane**
Partner | Wick Phillips
Direct:  214.740.4039
Mobile:  302.547.7898
rusty.okane@wickphillips.com

**From:** Rusty O'Kane <rusty.okane@wickphillips.com>
**Sent:** Monday, February 13, 2023 2:34 PM
**To:** Katz, Alan <akatz@lockelord.com>
**Cc:** Alexandra Wahl <Alex.Wahl@WickPhillips.com>
**Subject:** RE: [External] Oakstone Law Group and Affiliates

Alan,

I'll respond more substantively to your letter under separate cover. In the meantime, the statements in your letter are news to me, so I wanted to reach out to make sure we were operating from the same set of facts.  Once you've had a chance to review the customer accounts I attached to my letter, we can have a more informed discussion. In the meantime, Do you have a copy of whatever transfer document exists showing that LPG "assigned, sold and conveyed certain accounts to Marich Bein," as stated in your letter? Or that LPG gave Marich Bein the exclusive and non-cancellable right to service all LPG customer accounts? I have not seen any document to that effect, so if you have something like that, would you please send to me? In the interest of full transparency, the attached documents show that LPG terminated Marich Bein's right to process payments for the client accounts at issue on February 6, 2023. Similarly, on February 2, LPG terminated its relationship with Toni Martinez regarding these client accounts. If you have some document that says such termination and revocation was impermissible, please send to me and I will review it.

Thank you,
Rusty



**Rusty O'Kane** | Partner

Board Certified by Texas Board of Legal Specialization
*Civil Appellate Law*

3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Direct: 214.740.4039 | Mobile:302.547.7898
Fax:    214.692.6255
www.wickphillips.com



---

**From:** Katz, Alan <akatz@lockelord.com>
**Sent:** Monday, February 13, 2023 1:01 PM
**To:** Rusty O'Kane <rusty.okane@wickphillips.com>
**Subject:** [External] Oakstone Law Group and Affiliates

Please see the attached correspondence.

Alan H. Katz
Of Counsel
**Locke Lord LLP**
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
212-415-8509
504-909-2526 (cell)
212-812-8380 (fax)



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark |
Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you
received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and
from our servers to ensure regulatory compliance to protect our clients and business.