Joshua L. Roquemore
Riley Safer Holmes & Cancila LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA  92618
949-359-5500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Oakstone Law Group, PC | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | 2:23-cv-01463-JWH-ADS |
| Marich Bein, LLC  Defendant(s) | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

O'Kane, Rusty J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

214-740-4039              214-692-6255
*Telephone Number*         *Fax Number*

rusty.okane@wickphillips.com
*E-Mail Address*

of

Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Oakstone Law Group, PC

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Roquemore, Joshua L.
*Designee's Name (Last Name, First Name & Middle Initial)*

327121              949-359-5520        949-359-5501
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of

Riley Safer Holmes & Cancila LLP
100 Spectrum Center Drive
Suite 650
Irvine, CA 92618

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge