# Exhibit "A"

CAUSE NO. DC-23-02114

| | | |
|---|---|---|
| OAKSTONE LAW GROUP, PC | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| BANKUNITED, N.A. | § § | |
| *Defendant*. | § § § | 192nd JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER

On this day, the Court considered Plaintiff, OAKSTONE LAW GROUP, PC's ("Oakstone" or "Plaintiff") Verified Original Petition; Application For Temporary Restraining Order; And Application For Temporary And Permanent Relief ("Application for TRO") against Defendant BankUnited, N.A. ("BankUnited" or "Defendant"). In accordance with Tex. R. Civ. P. 683, the Court finds that Defendant is debiting from the Purchased Accounts (the "Purchased Accounts," are attached hereto as Exhibit 1) without authorization, causing many of Plaintiff's customers to be double-charged.

The Court, having considered the pleadings and verification on file, finds there is sufficient evidence that:

    a.    Plaintiff has plead a cause of action and shown a probable right to relief against Defendant.

    b.    Plaintiff has provided sufficient notice of its Application for TRO to Defendant in accordance with Local Rule of Dallas County 2.02(a).

    c.    Plaintiff has suffered and/or will continue to suffer immediate and irreparable injury, loss, and damage as a result of Defendant's conduct as alleged in the Application for TRO, and Plaintiff has no adequate remedy at law. Specifically, an immediate danger exists that unless

enjoined, Plaintiff will lose more customers, Plaintiff faces a substantial threat to its business, reputation, and the goodwill it has built with those clients, and Plaintiff may be abruptly unable to provide legal services to its customers. The Court finds that because of the reverse ACH withdrawals by Bank United, Oakstone's customers and clients have called to complain about the "double debits" and have cancelled their services or threatened to cancel and terminate their relationship with Oakstone. Therefore, sufficient grounds exist to enter this Temporary Restraining Order.

THEREFORE, it is ORDERED that the County Clerk of Dallas County, Texas issue a temporary restraining order for fourteen (14) days or until further order of this Court, restraining and enjoining Defendant, its agents, servants, employees, and attorneys, and those persons in active concert or participation with it, including but not limited to Defendant's officers, agents, family members, employees, affiliates, and/or associates, from:

(a) Accepting, directing, or initiating automatic payments, transfers, or debits—including initiating reverse ACH withdrawals—from any of the Purchased Accounts (Exhibit 1) without Oakstone's express written authorization; and

(b) Taking any action to interfere with Oakstone's acceptance or initiation of automatic payments, transfers, or debits from any of the Purchased Accounts (Exhibit 1).

It is further ORDERED that the clerk of the Court issue notice of service on Defendant notifying it of the time and place of the hearing described herein, attaching hereto a copy of this Order and a copy of Plaintiff's Application for TRO.

It is further ORDERED that a bond shall be set for this matter at $ 10,000 , which may be paid by firm check.

It is further ORDERED that Plaintiff's Application for Injunctive Relief is set for hearing in this Court on the 2nd day of March , 2023 at 3:00 o'clock p .m.

Signed this **16th** day February, 2023 at **4:29 p**.m.

*[signature]*

PRESIDING JUDGE
Associate Judge