# Exhibit "B"

CAUSE NO. DC-23-02116

| | | |
|---|---|---|
| **OAKSTONE LAW GROUP, PC** | § | **IN THE DISTRICT COURT** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **192nd JUDICIAL DISTRICT** |
| | § | |
| **BANKUNITED, N.A.** | § | |
| | § | |
| Defendant. | § | **DALLAS COUNTY, TEXAS** |

## MODIFIED AGREED TEMPORARY RESTRAINING ORDER

This Court previously issued a Temporary Restraining Order in this matter on February 16, 2023. On this day, the Court considered the arguments of Plaintiff, Oakstone Law Group, P.C, ("Oakstone" or "Plaintiff") against Defendant BankUnited, N.A. ("BankUnited" or "Defendant") as it related to Plaintiff's Verified Original Petition; Application For Temporary Restraining Order; And Application For Temporary And Permanent Relief ("Application for TRO"). After hearing the arguments of the parties at the hearing today, and in accordance with the agreements of the Parties, the Court finds sufficient grounds to extend and modify the existing Temporary Restraining Order.

The Court incorporates by reference all findings of fact made in the February 16, 2023 TRO as if fully set forth herein. By agreeing to this Order, Defendant is not consenting to those findings, but it has already represented to the Court, through counsel, that it agrees to be bound by this Order and will comply with the terms outlined herein. By agreeing to extend the TRO, as modified, Defendant is not estopped from challenging the Application for TRO or the factual basis thereof, but is accepting the Court's incorporation of those findings for purposes of complying with Texas Rule of Civil Procedure 683.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED that the County

Clerk of Dallas County, Texas issue this Modified Temporary Restraining Order until March 20th, 2023 or until further order of this Court, restraining and enjoining Defendant, its agents, servants, employees, and attorneys, and those persons in active concert or participation with it, including but not limited to Defendant's officers, agents, family members, employees, affiliates, and/or associates, from initiating automatic payments, electronic transfers, or debits for Marich Bein for any of the Purchased Accounts (Exhibit 1).

It is FURTHER ORDERED, ADJUDGED AND DECREED that, on or before March 3, 2023, Defendant will communicate with Marich Bein in writing to notify them that the Purchased Accounts are the subject of litigation, and, until the issue of the ownership of the accounts can be resolved, Defendant will ask Marich Bein to please not initiate any automatic payments, electronic transfers, or debits for the Purchased Accounts. Such communication correspondence will be provided to opposing counsel and sent to the proper authoritative party at Marich Bein. Defendant will file verification of compliance on or before March 3, 2023.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the issuance of this Modified Temporary Restraining Order is made subject to Defendant's Verified Special Appearance, which is set for hearing on March 10, 2023 at 10:30 am. Through this Order, Defendant does not waive its Verified Special Appearance, but reserves all rights to assert this Court's lack of jurisdiction. Defendant also does not waive but further reserves all rights to assert the arguments in its Plea to the Jurisdiction, also subject to Defendant's Verified Special Appearance, and all arguments as to this Court's lack of subject-matter jurisdiction contained therein.

It is FURTHER ORDERED, ADJUDGED AND DECREED that the clerk of the

Court issue notice of service on Defendant notifying it of the time and place of the hearing described above, attaching hereto a copy of this Modified Temporary Restraining Order and a copy of Plaintiff's Application for TRO.

It is FURTHER ORDERED, ADJUDGED AND DECREED that a bond set for the original TRO will continue to be in effect until the court rules otherwise.

It is FURTHER ORDERED, ADJUDGED AND DECREED that, subject to its Special Appearance and the Court's ruling thereon, Plaintiff's Application for Injunctive Relief is set for hearing in this Court on the 20th of March 2023 at 10:00 o'clock AM.

Signed this 2nd day of March, 2023 at 9:32 p.m.

_____
ASSOCIATE JUDGE

**AGREED AS TO FORM:**

/s/*Christopher M. LaVigne*  
Christopher M. LaVigne  
Counsel for Defendant

/s/*Rusty O'Kane*  
Rusty O'Kane  
Counsel for Plaintiff