# Exhibit "C"

RILEY SAFER HOLMES & CANCILA LLP
JOSHUA L. ROQUEMORE (CSB No. 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Ste 650
Irvine, CA 92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5500

WICK PHILLIPS GOULD & MARTIN, LLP
RUSTY J. O'KANE (Pro Hac Vice *Filed*)
rusty.okane@wickphillips.com
ALEXANDRA W. WAHL (Pro Hac Vice)
Alex.Wahl@WickPhillips.com
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

Attorneys for Plaintiff
OAKSTONE LAW GROUP, PC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKSTONE LAW GROUP, PC,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARICH BEIN, LLC,<br><br>                                    Defendant. | Case No.: 2:23-cv-1463-JWH-ADS<br><br>DECLARATION OF DONGLIANG JIANG IN SUPPORT OF SUPPLEMENT TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR OSC RE: PRELIMINARY INJUNCTION<br><br>Complaint Filed:   February 27, 2023<br>Pretrial Conf.:      TBD<br>Trial:                    TBD |

- 1 -

I, DONGLIANG JIANG, declare:

1.      My name is Dongliang Jiang. I am over 18-years-old, have never been convicted of a felony, am of sound mind, competent, and authorized to make this Declaration, the statements of which are within my personal knowledge, true, and correct.

2.      I am chief financial officer of Oakstone Law Group, PC ("Oakstone" or "Plaintiff"), Plaintiff in the above-captioned action. I respectfully submit this Declaration in support of the Supplement to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Request for OSC re: Preliminary Injunction ("Application") against Defendant Marich Bein, LLC ("Marich Bein" or "Defendant"). I have read Plaintiff's Supplement in the above-entitled cause. The facts stated therein are within my personal knowledge and are true and correct, based upon my position with Oakstone, my review of the business records of Oakstone, and/or my interviews of persons with knowledge within Oakstone.

3.      Since Oakstone filed its Application in this Lawsuit, Oakstone continues to receive complaints from customers being double charged by Marich Bein under the assumed name "LPG 949-229-6262." Attached hereto as **Exhibit C-1** are true and correct copies of examples of several client complaints about unauthorized withdrawals. Marich Bein's charges have caused clients to be "double charged." Because we do not want to cause further harm to consumers (because Oakstone is a consumer protection law firm), Oakstone has had to stop charging client accounts. Marich Bein's unauthorized charges continue being processed today and Marich Bein has indicated it refuses to stop unless enjoined. Because we have not been able to charge our customers (or have issued refunds for double charges), Oakstone terminated more than a dozen employees last week.

4.      Attached hereto as **Exhibit C-2** is a public record Oakstone pulled from the California Secretary of State showing Marich Bein is using the d/b/a "LPG 949-229-6262."

5.      Included in **Exhibit D** to the Supplement are true and correct copies of multiple Litigation Service Agreements ("LSAs") executed by and between Oakstone and its clients to provide legal services in exchange for a fee. These Oakstone clients appear on the document sealed with the Court and these clients also submitted affidavits to the Court in support of Oakstone's Application confirming that Marich Bein is not authorized to debit their accounts.

6.      In my position as an officer for Oakstone, I am a custodian of records at Oakstone, and, as such, am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. The Records attached hereto as **Exhibit C-1 and the LSAs** (attached to Exhibit D) (the "Records"), respectively, are kept by Oakstone in the regular course of its business. It was the regular course of business of Oakstone for an employee or representative of Oakstone with knowledge of the act, event, condition, or opinion recorded to make the Records or to transmit information thereof to be included in such Records.

7.      These Records were (1) made as a memorandum or record of an act, transaction, occurrence or event; (2) made at the time of the act, transaction, occurrence or event, or within a reasonable time thereafter; (3) kept in the ordinary course of a regularly conducted business activity; and (4) it was a regular practice of that business to make such a record.

8.      The Records produced or otherwise created or kept by Oakstone, including myself, are true and correct copies of the originals or exact duplicates of the originals. As custodian of records for Oakstone, I hereby certify that the documents attached hereto as **Exhibit C-1 and the LSAs** reflect true and correct copies of the Records listed above.

WHEREFORE, for all these reasons, Oakstone's motion for a temporary restraining order and preliminary injunction should be granted in its entirety, and Oakstone should be granted such other and further relief as is just and proper.

1    I declare under penalty of perjury under the laws of the United States that the

2 foregoing is true and correct.

3    Executed on this 6th day of March, 2023.

4

5

6    DONGLIANG JIANG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

# Exhibit "C-1"

Transfer from ███████████████ **$251.17**
Transfer to Share Draft

MAR 2, 2023                                        $0.00

---

LPG 949-229-████ – DIRECT / **-$251.17**
PAY : ACH Withdrawal

MAR 2, 2023                                        -$251.17

12:58



Make a transfer

## Pending

CASH APP*WENDY
BUCKMON TRACER:
███████████████

-$75.00

THECUT INC* ████████
TRACER:
███████████████

-$18.65

## Activity

ACH Withdrawal COMPANY:
LPG 949-229-████ ENTRY:
DIRECT PAY ██████████
Mar 03, 2023

-$340.98
$2,706.05

Online banking Deposit
Transfer from S0000
Mar 03, 2023
Transfer

$2,164.00
$3,047.03

Debit Card purchase STARBUCKS
STORE 62163 5814
ORANGEBURG SC
Mar 03, 2023
Food & Dining

-$8.77
$883.03

Debit Card purchase CASH
APP*████████████████

-$5.00
$891.80

**PREAUTHORIZED DEBIT**
PROG CASUALTY INS PREM

-$256.49
$564.22

**PREAUTHORIZED DEBIT**
OLGPC WEBPAYMENT

-$477.20
$820.71

**PREAUTHORIZED DEBIT**
LPG 949-229-███████ DIRECT PAY

-$477.20
$1,297.91

Case 2:23-cv-01463-JWH-ADS   Document 29-4   Filed 03/06/23   Page 10 of 28   Page ID #:890

9:44 



# -$224.39

Direct Pay                                    Edit

Posted Friday, ~~March 3, 2023~~

 Uncategorized                          ›

Appears on your statement as
~~LPG 949-229~~-█████ DIRECT PAY
**********-████

Transaction Type
DIRECT PAY

Additional Details
ACH WITHDRAWAL

┌─────────────────────────────────┐
│       **Dispute Transaction**       │
└─────────────────────────────────┘


Home


Search


Chat

Q keyword, amount, or mm/dd/yyyy

## Pending

POS Debit - Visa Check Card ██████-
DENVER MUSEUM
ADM/SHOPDENVER COUS          -$27.19

POS Debit - Visa Check Card ██████-
Amazon Prime
Amzn.com/billWAUS            -$7.61

## Mar 3

ACH Transaction - LPG 949-229-██████
DIRECT PAY                   -$172.06

ACH Transaction - OLGPC
WEBPAYMENT                   -$172.06

Transfer From Shares         $300.00

## Mar 2

ACH Transaction - ALLSTATE INS CO
INS PREM                     -$215.44

POS Debit - ██████-
                 GATEWAY CONVENI  -$55.75
DENVER COUS

    

10:08

‹                                    🔔 7    🔒 Sign off

# Transaction details

# $336.71

Transaction: 03/02/2023

Received for processing ⓘ

---

## Additional info

**Transaction description**

<mark>LPG 949-229</mark>-██████ DIRECT PAY <mark>030123</mark>
████████████████

Available Balance

Activity | Details

🔍 Lpg

**Friday, Mar 03**

Withdrawal ACH LPG 949-229-█████ TYPE: DIRECT PAY ID: ████████ CO: LPG 949-229-█████ Entry Class Code: PPD

-$132.15
$4,095.57

**Friday, Feb 17**

Withdrawal ACH LPG 949-229-█████ TYPE: DIRECT PAY ID: 1016207445 CO: LPG 949-229-█████ Entry Class Code: PPD

-$132.15
$660.37

**Friday, Feb 03**

Withdrawal ACH LPG 949-229-█████ TYPE: DIRECT PAY ID: 1016207445 CO: LPG 949-229-█████ Entry Class Code: PPD

-$132.15
$926.95

**Friday, Jan 20**

Withdrawal ACH LPG 949-229█████ TYPE: DIRECT PAY ID: 1016207445 CO: LPG 949-229-█████ Entry Class Code: PPD

-$132.15
$586.26

**Friday, Jan 06**

Accounts | Transfer | Pay | Deposit | Menu

Case 2:23-cv-01463-JWH-ADS   Document 29-4   Filed 03/06/23   Page 14 of 28   Page ID #:894

7:06  5G

← Transaction Details

# -$241.83

DEBIT

| | |
|---|---|
| **Description** | DEBIT ELECTRONIC DEBIT LPG 949-229-██████ DIRECT PAY ████████████ |
| **Date** | 03/03/23 |
| **Status** | Processing |
| **Account** | ANY DEPOSIT CHECKING ████████ |

 Accounts  Payments  Deposits  More

Amount

## -$172.72

Running balance: $340.37

| | |
|---|---|
| Account | GET GREEN CHECKING S:80 <br> $340.37 |
| Date | Mar 3, 2023 |
| Description | Withdrawal LPG 949-229- ██████ TYPE: DIRECT PAY CO: LPG 949-229- ██████ |

## Transactions

LPG 949-229-███ DIRECT PAY AC...    $129.48

Pending    Mar 3, Checking    1355

OLGPC WEBPAYMENT ACH ENTRY...    $129.48

Pending    Mar 3, Checking    1355

2:37

5G 61



EVERYDAY CHECKING .. ■■■

# $732.35

Available balance ⓘ

**Overview**  |  Manage account  |  Routing & details

## Recent transactions ⓘ



| | | |
|---|---|---|
| 🕐 | Pending<br>**LPG 949-229-**■■ DIRECT PAY **030223**<br>■■■■■■ | **$324.82** |
| 🕐 | Pending<br>**OLGPC** WEBPAYMENT ■■■ | **$324.82** |
| 🕐 | Pending<br>■■■■■■ | +$1,836.90 |
| ✓ | 03/02/2023<br>■■■■■■ | $20.00 |
| ✓ | 03/02/2023<br>■■■■■■ | +$1,400.00 |

Accounts   Deposit   Pay & Transfer   Explore   Menu

9:16

◀ **TOTAL CHECKING** ███████

All transactions | Spending summary

🔍 Search or filter

**Pending (10)**

████████████████████████

\-\-                                                    -$84.99

████████████████████████

\-\-                                                    -$47.00

ORIG CO NAME:LPG 949-229-█████ CO ENTRY
DESCR:DIRECT PAY SEC:PPD ORIG ID:████████

\-\-                                                    -$132.33

ORIG CO NAME:OLGPC CO ENTRY DESCR:WEBPAYMENT
SEC:WEB IND ID: ORIG ID:████████

\-\-                                                    -$132.33

POS DEBIT CLASSIC HYUNDAI SERVICE MENTOR OH

\-\-                                                    -$249.44

POS DEBIT CHIPOTLE 3500 PAINESVILLE OH

\-\-                                                    -$37.45

POS DEBIT 365 MARKET ████████TROY MI

\-\-                                                    -$7.42

POS DEBIT 365 MARKET ████████TROY MI

-$3.84

📶 **Metro by T-Mobile** 🛜 📞 **10:57 AM**

← **TOTAL CHECKING** ████████

## Account details

Available balance ⓘ      **$6,537.50**

Present balance ⓘ      **$6,537.50**

**Show details** ⌄

## Recent transactions

ORIG CO NAME:<mark>LPG 949-229-</mark>████ CO ENTRY
DESCR:DIRECT PAY SEC:PPD ORIG ID: ████████

Pending

--      <mark>**-$311.50**</mark>

ORIG CO NAME:<mark>OLGPC</mark> CO ENTRY
DESCR:WEBPAYMENT SEC:WEB IND ID: ████████

Pending

--      <mark>**-$311.50**</mark>

████████████████

Pending

--      **$952.00**

**See all transactions**

## Credit Journey

Sign up for your free credit score and more



| Account Name | ██████████ |
| Today's Beginning Balance | $1,625.62 |
| Pending Transactions | -$201.43 |
| Deposit Holds | $0.00 |

## Account Balance $1,424.19



| Accout Number | |
| Routing Number | |
| Account Nickname | |
| Account Type | Asterisk-Free Checking |
| Interest Earned But Not Paid | $0.00 |
| Year-to-Date Interest | $0.00 |
| Previous Year Interest | $0.00 |

## Transaction History

**Transactions from 02/01/23 through 03/03/23**

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | | | | |
| 03/02/2023 | LPG 949-229-████ DIRECT PAY | Electronic Debit | -$229.38 | $1,992.29 |



02/21/2023 LPG 949-229-█████ DIRECT PAY **Electronic Debit**     -$229.38     $1,090.04



| 02/02/2023 | LPG 949-229-████ DIRECT PAY | Electronic Debit | -$229.38 | $2,106.23 |
|---|---|---|---|---|

VIEW A REPORT ›

EDIT TRANSACTIONS ›

**1 - 42**

 Tour the Page





03/03/23     LPG 949-229-██  DIRECT PAY 030223 ████████     $107.14

# ← Transaction det...

**ACH LPG 949-...** 3/2/2023

📋 **Add notes**

📷 **Add images**

💬 **Attach to a conversat...**

**Financial Plus Credit Union - ▮▮▮▮ ELITE CHEC WITHDRAWAL ACH LPG 949-229-▮▮▮▮ TYPE: DIRECT PAY ID: ▮▮▮▮▮▮▮ CO: LPG 949-229-▮▮▮▮ ENTRY CLASS CODE: PPD ACH TRACE NUMBER: ▮▮▮▮▮▮▮▮▮**



# CADENCE
## Bank

**Current Balance** $31.96
**Available Balance** **-$269.47**
**YTD Interest Paid** N/A
**Interest Paid Last Year** N/A

## Recent Transactions



⊞ Search Options

MA___ ESOTO CIN DC AUTH NS **-$7.47**
Pending

LPG 949-229-_____ **-$293.96**
Pending
Balance -$262.00

MALCO DES 7130 MALCO SOUTHAVEN MS **-$13.91**
Posted Feb 28

PETCO 1601 SOUTHAVEN MS **-$5.34**
Posted Feb 28

ALLY ALLY PAYMT **-$632.74**
Posted Feb

ATMOS ENERGY 888-286-6700 TXA **-$274.2_**

      

ACCOUNTS    TRANSFERS    BILL PAY    ZELLE®    DEPOSIT

# Exhibit "C-2"



**Department of State**
Division of Corporations

Entity Assumed Name History

Return to Results     Return to Search

**Entity Details**

ENTITY NAME: MARICH BEIN LLC
FOREIGN LEGAL NAME:
ENTITY TYPE: DOMESTIC LIMITED LIABILITY COMPANY
SECTIONOF LAW: LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
DATE OF INITIAL DOS FILING: 08/18/2022
EFFECTIVE DATE INITIAL FILING: 08/18/2022
FOREIGN FORMATION DATE:
COUNTY: ALBANY
JURISDICTION: NEW YORK, UNITED STATES

DOS ID: 6565998
FICTITIOUS NAME:
DURATION DATE/LATEST DATE OF DISSOLUTION:
ENTITY STATUS: ACTIVE
REASON FOR STATUS:
INACTIVE DATE:
STATEMENT STATUS: CURRENT
NEXT STATEMENT DUE DATE: 08/31/2024
NFP CATEGORY:

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|-----------|-------------|-----------------|--------|--------------------|
| 02/01/2023 | CENTER POINTE 215-664 ████ | 6720492 | Active | |
| 09/30/2022 | GALLANT 215-804 ████ | 6606747 | Active | |
| 08/19/2022 | LPG 949-229 ████ | 6566985 | Active | |

Rows per page: 5     1-3 of 3     < >