# Exhibit "D"

# Exhibit "D-1"

I, [Marcus █████ declare:

1.      My name is [Marcus █████ I am of sound mind, competent, and authorized to make this Declaration, the statements of which are within my personal knowledge, true, and correct.

2.      The following facts are within my personal knowledge and are true, correct, and complete to the best of my knowledge, information, and belief.

3.      I was referred to and am currently represented by Oakstone, and have terminated my previous engagement for any legal services with the Litigation Practice Group ("LPG"). The purpose of this Declaration is to confirm that on [02/17/2023], an unauthorized debit of [$251.97] was made from my bank account [Account #█████

4.      Since Oakstone Law Group, PC ("Oakstone") filed its Application, my bank [WELLS FARGO BANK NA] confirmed that the debiting merchant was LPG 949-229-█████ which is a DBA for Marich Bein, LLC, and was not disclosed upfront in the initial electronic funds transfer authorization that I executed.

*This failure to disclose violates the FTC Regulation on Debit Card Issuance and Other Electronic Fund Transfers (16 CFR Part 1005), which requires clear and conspicuous disclosure of the recipient's name and contact information at the time of authorization.*

5.      These unauthorized debits have caused me harm, and will continue to cause me harm if they continue. I support Oakstone's Application for injunctive relief to prevent future unauthorized debits from my bank account by or purportedly on behalf of LPG or Marich Bein, LLC (or any successors or assigns). I hereby authorize and request that the Court take any and all necessary actions to protect my bank account from any future unauthorized debits.

6.      I sign this Declaration freely and voluntarily, and understand that it may be used as evidence in any legal proceedings arising from the unauthorized debit and in support of Oakstone's Application for injunctive relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on [March 6th, 2023].

*Marcus* █████████

A4410E0EC7...

[sign on line and insert your full name below]

Marcus █████/6/2023

DocuSign Envelope ID: AA223E52-B440-4386-BBC0-73D578169AEA



OAKSTONE

L A W   G R O U P   P C

+1 858-330-3009            888 Prospect Street, Ste 200,            support@oakstonepc.com
                                    La Jolla, CA 92037

LEGAL SERVICES AGREEMENT

Legal Services
The Oakstone Law Group PC ("OLG") will provide debt validation services wherein it will assist you in removing erroneous or inaccurate information appearing on one or more of your credit reports by contesting debts appearing therein. This service is limited to information reported by creditors or purported creditors to credit bureaus. The purpose of this program is to challenge the legal validity of debts appearing on or being reported to credit bureaus. The cost of legal services rendered by OLG is set forth below, and those fees are earned by OLG for services rendered to you as set forth herein at the time such fees are paid.

Client Authorization
You authorize OLG to challenge, where applicable, any debts appearing in your credit report(s) that you believe to be in any way invalid, inaccurate, or otherwise without a legal basis. You also authorize OLG to obtain a copy of your credit report to assist in the process of analyzing your account and developing a strategy regarding the invalidation of debts that are excessive or otherwise unauthorized by law. You further authorize OLG, acting under power of attorney for you, to affix your signature to documents sent on your behalf in relation to the matters addressed herein. Description of Services to be Performed OLG will obtain your credit reports, analyze them, and develop strategies for correcting invalid or unlawful debts for which you should not be held legally responsible. Where appropriate, OLG will use existing laws and interact with creditors and credit bureaus on your behalf to invalidate your debts and remove such invalid debts from your credit reports. OLG will also interact with collection agencies, as applicable, to invalidate your debts by requiring them to supply evidence of your indebtedness to them, or any other legal mechanism. OLG will also consult with you regarding all aspects of the credit reporting process, including all laws applicable to the same. OLG will also investigate your delinquent accounts in order to determine the most effective method for invalidating your debts or otherwise removing any legal liability for such debts, up to and including the initiation of lawsuits on your behalf against your creditors and their third-party debt collectors. In addition, if a lawsuit is filed against you, OLG will represent you in such a lawsuit and will not charge any additional fees for such representation provided such a lawsuit

DocuSign Envelope ID: AA223E52-B449-4386-BBC9-73D578169AEA



was initiated after the date you sign this Agreement. In the event a lawsuit was initiated against you before the date you execute this Agreement and you elect to have OLG represent you, an additional fee of $500.00 will be charged. Where appropriate, if legal fees are recovered from an adverse party, OLG will retain such fees for its services. You will be responsible to pay any damages resulting from any lawsuit. Any costs incurred in a lawsuit will be paid by OLG out of the fees set forth below, including the fees of any attorney retained on your behalf in a jurisdiction in which OLG is not admitted to practice law. No additional payment from you to OLG will be necessary for the defense of any lawsuit filed against you after the date you execute this Agreement. You will, however, be responsible to pay any damages resulting from such lawsuits or any settlements reached in the course of such lawsuits.

Fees

You will pay the following fees for the legal services provided by OLG. No fee or other cost will be charged or collected other than the following. This is the only amount you have to pay for OLG's services, and this fee is fixed, such that it is earned the moment it is transmitted to OLG. Upon request, OLG will provide an update of the progress of services performed under this agreement at reasonable intervals of no greater frequency than once a month. Refund Policy If an account is fully validated by a creditor, such that no further dispute to the validity of the account could be made, you will receive a full refund of the fees that you paid towards the invalidation of that account (i.e., you will be refunded the fees paid in proportion to the debt that was validated). Should you have an outstanding balance with OLG at the time your refund is issued on the validated account, any refund will first be applied towards the outstanding balance. A client can elect to move to a debt settlement service on any validated account in lieu of obtaining a refund. If a client makes such an election, fees will no longer be collected for such account and debt settlement services will be performed for no additional fees.

Debt Settlement

If OLG is unable to invalidate any debt, you may elect to have OLG negotiate a settlement on your behalf with the concerned creditor without any additional fees being charged to or incurred by you for such service. Any settlement reached with any such creditor shall be your responsibility. At the point that you reach a settlement with such creditor, your payment to

DocuSign Envelope ID: AA223E52-B440-4386-9BC0-73D578169AEA



OLG will be reduced and re-amortized to adjust for the settled account being removed from the representation herein contemplated. Please see the refund policy above for more details.

Actions Required of You
You agree to provide OLG with any and all correspondence you receive from any creditor, credit bureau, attorney, or court of law. You further agree to keep a log of all communications, including telephonic and electronic communications, from any creditor or credit reporting agency.

Right to Conduct Business Electronically and Contact You
You agree that OLG may contact you electronically and telephonically and that any and all business with OLG may be conducted electronically. You further agree that OLG may transmit data, including that regarding your credit profile, electronically. You further agree that any electronic communication carries the risk of disclosure to a third party and that OLG will not be held responsible for any such inadvertent disclosure of information. A facsimile or email transmission of this signed agreement, via an email attachment or otherwise, will be as valid as the original. This agreement may not be modified except in writing by both parties.

Client Acknowledgements
By signing this agreement, you acknowledge that OLG has not instructed you to breach any contract, fail to make any required payment, or fail to perform any obligation you have lawfully incurred. OLG reserves the right to terminate this agreement if (a) client fails to make timely payment of the amount due under hereunder or (b) the client's payments are returned multiple times for any reason. OLG will not pay your debts and does not guarantee that any debt you now have or may incur will be invalidated or settled in association with OLG's services. You understand and agree that you must forward any communication you receive in printed or electronic form from any creditor, court, or representative of a creditor or a court to support@oakstonepc.com and that you must keep a log of all telephonic communications with any creditor or credit reporting agency. Do not sign this agreement until you have received and read the information statements and notices of cancellation required by state and federal law, even if otherwise advised. By signing this agreement, you acknowledge receipt of these disclosures prior to the time of signing and agree to the terms of this agreement. You, the



**OAKSTONE**
L A W   G R O U P   P C

| | | |
|---|---|---|
| +1 858-330-3009 | 888 Prospect Street, Ste 200, La Jolla, CA 92037 | support@oakstonepc.com |

client, may cancel this agreement at any time before midnight CST of the 5th day after the date of execution of this agreement via an email to support@oakstonepc.com.

In addition, you, the client may terminate OLG's services under this agreement at any time via an email to support@oakstonepc.com.

Client Signature:
DocuSigned by:
*Marcus* ▮▮▮
A4419E0EC8FA490...

Date: February 1, 2023

Creditor Information

| # | Creditor | Account Number | Balance | Legal Status |
|---|----------|----------------|---------|--------------|
| 8 | LENDCLUB BNK | ▮▮▮ | ▮▮▮ | TRUE |
| 13 | LENDING PT | ▮▮▮ | ▮▮▮ | TRUE |

Client Information

Name: Marcus ▮▮▮
Address: ▮▮▮

Home Phone:
- Cell Phone: ▮▮▮

Email: ▮▮▮
Last 4 SSN: XXX-XX-▮▮▮

DocuSign Envelope ID: 4A223E52-B44B-4386-BBC0-73D578169AE4



# OAKSTONE
L A W   G R O U P   PC

+1 858-330-3009      888 Prospect Street, Ste 200, La Jolla, CA 92037      support@oakstonepc.com

Schedule of Payments
I agree to this payment schedule – Client Initials:
Payment # Process Date Amount: Monthly in the amount of $251.91

Electronic Payment Authorization

Bank Name: WELLS FARGO BANK NA
Name on Account: Marcus ███████
Account Type: Checking

____ Other (specify: _____)

Routing Number: ███████
Account Number: ███████
Next Payment Date: 03/17/2023
Amount: $251.92
Recurring Payment Date: Monthly (17th or later of every month)

By signing below, I authorize and permit OLG or their designees, OLG PC, Omnifund, Equipay, Forte, a CSG Company, Vector Payments, Actum, Paya, NMI, Seamless Chex, Approvely, or Authorize.NET to initiate electronic funds transfer via an Automated Clearing House system (ACH) from my account listed above. I will also provide OLG with a voided check or savings deposit slip.





# OAKSTONE
L A W   G R O U P   P C

If necessary, OLG may make adjustments if errors have occurred during the transaction. The date of the draft is listed above, however, if the draft date falls on a weekend or bank holiday, the debit transaction will take place on the next business day. This authority will remain in effect until OLG is notified by the member in writing at least 5 days prior to the next scheduled draft date. No other forms of cancellation by members will be observed. If the debit is returned because of non-sufficient funds or uncollected funds, then the originator and its financial institution may reinitiate the entry up to two (2) times. The reversal of funds from a client's account that was drafted in error cannot be made until seven business days from the draft date. The member agrees to waive all rights of reversal or refusal of any payment on any draft that OLG may make against the member's bank account while services are performed. The member agrees with all of the provisions and conditions outlined within.

Acknowledgment of Refunds & Draft Date Changes
ACH Refunds: If a refund is due such will be made through the ACH process only if the fees were made through the ACH process. All refunds may take up to 10 days to process. In the event my EFT or draft is returned from my bank unpaid, I agree that a fee of $25.00 or as allowed by law may be charged to my account via draft or EFT. Furthermore, I warrant that I am authorized to execute this payment authorization and the above information is true and correct. Draft Date Changes: A client may stop any ACH debit by providing written notice to OLG at least five (5) business days prior to the scheduled payment. If you should need to notify us of your intent to cancel and/or revoke this authorization you must contact us five (5) days prior to the questioned debit being initiated. Please call us at 858-330-3009 or at support@oakstonepc.com.

Client Signature: _Marcus_ █████
Date: February 1, 2023

Printed Name: Marcus █████





Electronic Funds Transfer (EFT) Authorization to Debit Bank Account

Account Owner Name: Marcus ████████
Social Security Number: ████████
Birth Date: ████████
Address: ████████████
City: ██████
State: ██
Zip: ████
Mobile Phone #: ██████████
Bank Name: WELLS FARGO BANK NA
Routing Number: ████████
Account Number: ████████████
Total Amount of Debit: ██████
Date of Next Debit: ████████
Checking or Saving: Checking



I hereby apply for and agree to establish a non-interest bearing special purpose account (the "Account") with a bank ("Bank") selected by OLG and/or its successors for the purpose of accumulating funds to pay for such goods and services as I so direct OLG to perform. This application is subject to Bank's customer identification program, as required by the USA PATRIOT ACT and other applicable laws, and accordingly, I hereby represent that the above information is true and complete to the best of my knowledge and belief. The bank account information provided above may be subject to account validation processes to include pre-notation and a $0.01 micro-deposit.

I hereby authorize Bank, directly or through OLG and its affiliated processor OLG PC, and/or its service providers, to administer the account on my behalf by (a) periodically transferring and depositing funds to the Account, via any payment media currently in use, and (b) periodically disbursing funds from the Account pursuant to instructions that I may give from time to time. I hereby authorize payments from the Account for the fees and charges provided for in this application and in the agreement. I hereby grant permission for Bank to share information



# OAKSTONE

L A W   G R O U P   P C

| +1 858-330-3009 | 888 Prospect Street, Ste 200, La Jolla, CA 92037 | support@oakstonepc.com |

regarding the Account with OLG, and its affiliated processor OLG PC, and/or its service providers, to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account on my behalf. My signature below provides permission to be contacted by phone at the number provided with this authorization. A payment reminder will be sent to your phone number via Text Messaging prior to the payment scheduled above. This authorization shall remain in full force and effect until I provide a verbal or written termination notice to OLG. Any such notice, and any other written notice that is provided for in this Application or the Agreement, shall be sent to OLG PC at the address set forth in the Agreement. "OLG-PC# 858-330-■■■■ may appear on your bank statement, or this may appear in another wording one of our service or payment providers chooses, such as "Check # _".

Account Holder's Signature:

DocuSigned by:

Marcus ■■■■■
A4419E0EC...

Date: February 1, 2023





02/17/2023

**LPG 949-229-████ DIRECT PAY**

████████████████████

**MARCUSE ████████**

$251.92

# Exhibit "D-2"

I, [Danny ▮▮▮▮▮ declare:

1.      My name is [Danny ▮▮▮▮▮ I am of sound mind, competent, and authorized to make this Declaration, the statements of which are within my personal knowledge, true, and correct.

2.      The following facts are within my personal knowledge and are true, correct, and complete to the best of my knowledge, information, and belief.

3.      I was referred to and am currently represented by Oakstone, and have terminated my previous engagement for any legal services with the Litigation Practice Group ("LPG"). The purpose of this Declaration is to confirm that on [02/27/2023], an unauthorized debit of [$127.38] was made from my bank account [▮▮▮▮▮

4.      Since Oakstone Law Group, PC ("Oakstone") filed its Application, my bank [SIU Credit Union] confirmed that the debiting merchant was LPG 949-229-▮▮▮ which is a DBA for Marich Bein, LLC, and was not disclosed upfront in the initial electronic funds transfer authorization that I executed.

*This failure to disclose violates the FTC Regulation on Debit Card Issuance and Other Electronic Fund Transfers (16 CFR Part 1005), which requires clear and conspicuous disclosure of the recipient's name and contact information at the time of authorization.*

5.      These unauthorized debits have caused me harm, and will continue to cause me harm if they continue. I support Oakstone's Application for injunctive relief to prevent future unauthorized debits from my bank account by or purportedly on behalf of LPG or Marich Bein, LLC (or any successors or assigns). I hereby authorize and request that the Court take any and all necessary actions to protect my bank account from any future unauthorized debits.

6.      I sign this Declaration freely and voluntarily, and understand that it may be used as evidence in any legal proceedings arising from the unauthorized debit and in support of Oakstone's Application for injunctive relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on [March 6th, 2023].

DocuSigned by:
*Danny* ▮▮▮▮▮▮▮▮▮▮
C73BE376E81C4EF...

[sign on line and insert your full name below]

danny ▮▮▮▮▮ /6/2023



OAKSTONE
L A W   G R O U P   P C

+1 858-330-3009    ———    888 Prospect Street, Ste 200,    ———    support@oakstonepc.com
La Jolla, CA 92037

LEGAL SERVICES AGREEMENT

Legal Services
The Oakstone Law Group PC ("OLG") will provide debt validation services wherein it will assist you in removing erroneous or inaccurate information appearing on one or more of your credit reports by contesting debts appearing therein. This service is limited to information reported by creditors or purported creditors to credit bureaus. The purpose of this program is to challenge the legal validity of debts appearing on or being reported to credit bureaus. The cost of legal services rendered by OLG is set forth below, and those fees are earned by OLG for services rendered to you as set forth herein at the time such fees are paid.

Client Authorization
You authorize OLG to challenge, where applicable, any debts appearing in your credit report(s) that you believe to be in any way invalid, inaccurate, or otherwise without a legal basis. You also authorize OLG to obtain a copy of your credit report to assist in the process of analyzing your account and developing a strategy regarding the invalidation of debts that are excessive or otherwise unauthorized by law. You further authorize OLG, acting under power of attorney for you, to affix your signature to documents sent on your behalf in relation to the matters addressed herein. Description of Services to be Performed OLG will obtain your credit reports, analyze them, and develop strategies for correcting invalid or unlawful debts for which you should not be held legally responsible. Where appropriate, OLG will use existing laws and interact with creditors and credit bureaus on your behalf to invalidate your debts and remove such invalid debts from your credit reports. OLG will also interact with collection agencies, as applicable, to invalidate your debts by requiring them to supply evidence of your indebtedness to them, or any other legal mechanism. OLG will also consult with you regarding all aspects of the credit reporting process, including all laws applicable to the same. OLG will also investigate your delinquent accounts in order to determine the most effective method for invalidating your debts or otherwise removing any legal liability for such debts, up to and including the initiation of lawsuits on your behalf against your creditors and their third-party debt collectors. In addition, if a lawsuit is filed against you, OLG will represent you in such a lawsuit and will not charge any additional fees for such representation provided such a lawsuit



was initiated after the date you sign this Agreement. In the event a lawsuit was initiated against you before the date you execute this Agreement and you elect to have OLG represent you, an additional fee of $500.00 will be charged. Where appropriate, if legal fees are recovered from an adverse party, OLG will retain such fees for its services. You will be responsible to pay any damages resulting from any lawsuit. Any costs incurred in a lawsuit will be paid by OLG out of the fees set forth below, including the fees of any attorney retained on your behalf in a jurisdiction in which OLG is not admitted to practice law. No additional payment from you to OLG will be necessary for the defense of any lawsuit filed against you after the date you execute this Agreement. You will, however, be responsible to pay any damages resulting from such lawsuits or any settlements reached in the course of such lawsuits.

Fees

You will pay the following fees for the legal services provided by OLG. No fee or other cost will be charged or collected other than the following. This is the only amount you have to pay for OLG's services, and this fee is fixed, such that it is earned the moment it is transmitted to OLG. Upon request, OLG will provide an update of the progress of services performed under this agreement at reasonable intervals of no greater frequency than once a month. Refund Policy If an account is fully validated by a creditor, such that no further dispute to the validity of the account could be made, you will receive a full refund of the fees that you paid towards the invalidation of that account (i.e., you will be refunded the fees paid in proportion to the debt that was validated). Should you have an outstanding balance with OLG at the time your refund is issued on the validated account, any refund will first be applied towards the outstanding balance. A client can elect to move to a debt settlement service on any validated account in lieu of obtaining a refund. If a client makes such an election, fees will no longer be collected for such account and debt settlement services will be performed for no additional fees.

Debt Settlement

If OLG is unable to invalidate any debt, you may elect to have OLG negotiate a settlement on your behalf with the concerned creditor without any additional fees being charged to or incurred by you for such service. Any settlement reached with any such creditor shall be your responsibility. At the point that you reach a settlement with such creditor, your payment to



OLG will be reduced and re-amortized to adjust for the settled account being removed from the representation herein contemplated. Please see the refund policy above for more details.

Actions Required of You
You agree to provide OLG with any and all correspondence you receive from any creditor, credit bureau, attorney, or court of law. You further agree to keep a log of all communications, including telephonic and electronic communications, from any creditor or credit reporting agency.

Right to Conduct Business Electronically and Contact You
You agree that OLG may contact you electronically and telephonically and that any and all business with OLG may be conducted electronically. You further agree that OLG may transmit data, including that regarding your credit profile, electronically. You further agree that any electronic communication carries the risk of disclosure to a third party and that OLG will not be held responsible for any such inadvertent disclosure of information. A facsimile or email transmission of this signed agreement, via an email attachment or otherwise, will be as valid as the original. This agreement may not be modified except in writing by both parties.

Client Acknowledgements
By signing this agreement, you acknowledge that OLG has not instructed you to breach any contract, fail to make any required payment, or fail to perform any obligation you have lawfully incurred. OLG reserves the right to terminate this agreement if (a) client fails to make timely payment of the amount due under hereunder or (b) the client's payments are returned multiple times for any reason. OLG will not pay your debts and does not guarantee that any debt you now have or may incur will be invalidated or settled in association with OLG's services. You understand and agree that you must forward any communication you receive in printed or electronic form from any creditor, court, or representative of a creditor or a court to support@oakstonepc.com and that you must keep a log of all telephonic communications with any creditor or credit reporting agency. Do not sign this agreement until you have received and read the information statements and notices of cancellation required by state and federal law, even if otherwise advised. By signing this agreement, you acknowledge receipt of these disclosures prior to the time of signing and agree to the terms of this agreement. You, the



# OAKSTONE

L A W   G R O U P   P C

+1 858-330-3009          888 Prospect Street, Ste 200,          support@oakstonepc.com
                         La Jolla, CA 92037

client, may cancel this agreement at any time before midnight CST of the 5th day after the date of execution of this agreement via an email to support@oakstonepc.com.

In addition, you, the client may terminate OLG's services under this agreement at any time via an email to support@oakstonepc.com.

Client Signature: _Danny_ ██████████

Date: February 1, 2023

Creditor Information

| #  | Creditor    | Account Number | Balance | Legal Status |
|----|-------------|----------------|---------|--------------|
| 4  | DISCOVER SL | ██████         | ██████  | TRUE         |
| 17 | DISCOVER SL | ████████████   | ██████  | TRUE         |

Client Information

Name: Danny ██████

Address: ████████████████

Home Phone:
- ████████████

Email: ██████████████
Last 4 SSN: XXX-XX-███





OAKSTONE
L A W   G R O U P   PC

+1 858-330-3009 ——— 888 Prospect Street, Ste 200, ——— support@oakstonepc.com
La Jolla, CA 92037

Schedule of Payments
I agree to this payment schedule – Client Initials: ███
Payment # Process Date Amount: Monthly @ $127.38

Electronic Payment Authorization

Bank Name: Banterra Bank
Card #: ██████████████
CVV: ███
EXP: ███
Name on Account: Danny ███████
Account Type: Debit Card

____ Other (specify: _____)

Routing Number: N/A
Account Number: N/A
Next Payment Date: 02/27/2023 Amount: $127.38
Recurring Payment Date: Monthly

By signing below, I authorize and permit OLG or their designees, OLG PC, Omnifund, Equipay, Forte, a CSG Company, Vector Payments, Actum, Paya, NMI, Seamless Chex, Approvely, or Authorize.NET to initiate electronic funds transfer via an Automated Clearing House system (ACH) from my account listed above. I will also provide OLG with a voided check or savings deposit slip.





# OAKSTONE
L A W   G R O U P   P C

---

+1 858-330-3009    888 Prospect Street, Ste 200,    support@oakstonepc.com
                   La Jolla, CA 92037

---

If necessary, OLG may make adjustments if errors have occurred during the transaction. The date of the draft is listed above, however, if the draft date falls on a weekend or bank holiday, the debit transaction will take place on the next business day. This authority will remain in effect until OLG is notified by the member in writing at least 5 days prior to the next scheduled draft date. No other forms of cancellation by members will be observed. If the debit is returned because of non-sufficient funds or uncollected funds, then the originator and its financial institution may reinitiate the entry up to two (2) times. The reversal of funds from a client's account that was drafted in error cannot be made until seven business days from the draft date. The member agrees to waive all rights of reversal or refusal of any payment on any draft that OLG may make against the member's bank account while services are performed. The member agrees with all of the provisions and conditions outlined within.

Acknowledgment of Refunds & Draft Date Changes
ACH Refunds: If a refund is due such will be made through the ACH process only if the fees were made through the ACH process. All refunds may take up to 10 days to process. In the event my EFT or draft is returned from my bank unpaid, I agree that a fee of $25.00 or as allowed by law may be charged to my account via draft or EFT. Furthermore, I warrant that I am authorized to execute this payment authorization and the above information is true and correct. Draft Date Changes: A client may stop any ACH debit by providing written notice to OLG at least five (5) business days prior to the scheduled payment. If you should need to notify us of your intent to cancel and/or revoke this authorization you must contact us five (5) days prior to the questioned debit being initiated. Please call us at 858-330-3009 or at support@oakstonepc.com.

Client Signature: _Danny_ ██████████

Date: February 1, 2023

Printed Name: danny ██████





Electronic Funds Transfer (EFT) Authorization to Debit Bank Account

Account Owner Name: Danny ████████
Social Security Number: ████████
Birth Date: ████████
Address: ████████
City: ████████
State: ██
Zip: ████
Mobile Phone #: ████████
Bank Name: Banterra Bank
Card #: ████████
CVV: ███
EXP: ████
Name on Account: Danny ████████
Account Type: Debit Card
Total Amount of Debit: ████
Date of Next Debit: 02/27/2023

I hereby apply for and agree to establish a non-interest bearing special purpose account (the "Account") with a bank ("Bank") selected by OLG and/or its successors for the purpose of accumulating funds to pay for such goods and services as I so direct OLG to perform. This application is subject to Bank's customer identification program, as required by the USA PATRIOT ACT and other applicable laws, and accordingly, I hereby represent that the above information is true and complete to the best of my knowledge and belief. The bank account information provided above may be subject to account validation processes to include pre-notation and a $0.01 micro-deposit.

I hereby authorize Bank, directly or through OLG and its affiliated processor OLG PC, and/or its service providers, to administer the account on my behalf by (a) periodically transferring and depositing funds to the Account, via any payment media currently in use, and (b) periodically



## OAKSTONE
L A W   G R O U P   P C

| +1 858-330-3009 | 888 Prospect Street, Ste 200,<br>La Jolla, CA 92037 | support@oakstonepc.com |

disbursing funds from the Account pursuant to instructions that I may give from time to time. I hereby authorize payments from the Account for the fees and charges provided for in this application and in the agreement. I hereby grant permission for Bank to share information

regarding the Account with OLG, and its affiliated processor OLG PC, and/or its service providers, to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account on my behalf. My signature below provides permission to be contacted by phone at the number provided with this authorization. A payment reminder will be sent to your phone number via Text Messaging prior to the payment scheduled above. This authorization shall remain in full force and effect until I provide a verbal or written termination notice to OLG. Any such notice, and any other written notice that is provided for in this Application or the Agreement, shall be sent to OLG PC at the address set forth in the Agreement. "OLG-PC# 858-330-███ may appear on your bank statement, or this may appear in another wording one of our service or payment providers chooses, such as "Check # _".

Account Holder's Signature: ████████████

Date: February 1, 2023

