1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| OAKSTONE LAW GROUP, PC, | Case No. 2:23-cv-1463-JWH-ADS |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE: MOTION FOR LEAVE TO FILE A SUPPLEMENT TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR OSC RE: PRELIMINARY INJUNCTION** |
| MARICH BEIN, LLC, | |
| Defendant. | |
| | Complaint Filed: February 27, 2023<br>Pretrial Conf.: TBD<br>Trial: TBD |

- 1 -

1  Plaintiff Oakstone Law Group, PC ("Oakstone") has submitted a Motion for Leave to File a Supplement to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Request for OSC re: Preliminary Injunction.

Having considered the Motion, the supporting documents, and any materials presented by Defendant Marich Bein, LLC, and finding compelling reasons exist to grant the Motion:

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Leave to File a Supplement to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Request for OSC re: Preliminary Injunction is **GRANTED.**

**IT IS SO ORDERED.**

DATED: _____  _____
JUDGE OF THE U.S. DISTRICT COURT