RILEY SAFER HOLMES & CANCILA LLP
JOSHUA L. ROQUEMORE (CSB No. 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Ste 650
Irvine, CA 92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5500

WICK PHILLIPS GOULD & MARTIN, LLP
RUSTY J. O'KANE (Pro Hac Vice)
rusty.okane@wickphillips.com
ALEXANDRA W. WAHL (Pro Hac Vice)
alex.Wahl@WickPhillips.com
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKSTONE LAW GROUP, PC, | Case No.: 2:23-CV-1463-JWH-ADS |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| MARICH BEIN, LLC | Judge: John W. Holcomb |
| | Action Filed: February 27, 2023 |
| Defendant. | Trial Date: TBD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Oakstone Law Group, PC, and Defendant Marich Bein, LLC, file this Joint Stipulation of Dismissal and respectfully request that the Court dismiss this action with prejudice, with each party bearing its own costs and attorneys' fees.

All signatories listed below, and on whose behalf this filing is submitted, concur in this filing's contents and have otherwise authorized this filing.

Dated:  March 22, 2023

Respectfully submitted,

**LOCKE LORD LLP**

By: */s/ David Kupetz*
David Kupetz
CSB 125062
david.kupetz@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

**ATTORNEYS FOR DEFENDANT**

**RILEY SAFER HOLMES & CANCILA LLP**

By:   */s/ Joshua L. Roquemore*
Joshua L. Roquemore
CSB No. 327121
jroquemore@rshc-law.com
100 Spectrum Center Drive, Ste 650
Irvine, CA  92618
Telephone:  (949) 359-5500
Facsimile:   (949) 359-5500

**WICK PHILLIPS GOULD & MARTIN, LLP**

*/s/ Rusty O'Kane*
Rusty J. O'Kane
*(pro hac vice)*
 rusty.okane@wickphillips.com
Alexandra W. Wahl
*(pro hac vice)*
Texas Bar No. 24071581
alex.wahl@wickphillips.com
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 6255

**ATTORNEYS FOR PLAINTIFF**

4863-4513-8264, v. 1